# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DONALD CREAGER III | ) | Case No. 14-cr-00169-PAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Donald Creager III                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section §371 - Conspiracy to Defraud the United States and Violate the Controlled Substances Act; Title 181, United States Code, Section §1001(a)(2) - False Statements.


Date:     05/05/2014                                                     s/Jennifer Hawkins
                                                                                           *Issuing officer's signature*

City and state:     Denver, Colorado                           Jeffrey P. Colwell, Clerk, US District Court
                                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                           *Arresting officer's signature*

                                                                                           *Printed name and title*