IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00169-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOHN BOWEN,
2.     DANIEL BERNIER,
3.     JAMES JOHNSON,
4.     DONALD CREAGER III,
5.     ORLANDO MARTINEZ,
6.     KENNETH CHASTAN,
7.     ALTAF HUSSAIN DANDIA aka "Dandy",
8.     PETER KARFIAS, and
9.     STEPHANIE CHRISTENSEN,

        Defendants.
_____

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
_____

I, Tonya S. Andrews, hereby request that James S. Russell, former Assistant United States Attorney, be taken off as the Plaintiff's Attorney of Record in this case. Mr. Russell no longer works for this office. I have entered my appearance as Attorney of Record for Plaintiff United States.

DATED this 22nd day of September, 2014.

2

>    Respectfully submitted,
>
>    JOHN F. WALSH
>    United States Attorney
>
> By: s/ *Tonya S. Andrews*
>    Tonya S. Andrews
>    Assistant U.S. Attorney
>    U.S. Attorney's Office
>    1225 Seventeenth Street, Ste. 700
>    Denver, Colorado 80202
>    Telephone: (303) 454-0100
>    E-mail: tonya.andrews@usdoj.gov
>    *Attorney for the United States*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

>    s/ Raisa Vilensky
>    FSA Data Analyst
>    Office of the U.S. Attorney