# Exhibit 1

(Part 1 of 5)



**U.S. Department of Justice**

John F. Walsh
United States Attorney
District of Colorado

*Jaime Peña*
*Assistant United States Attorney*

1225 17th Street, Suite 700          Telephone:  303-454-0100
Denver, CO  80202                         Fax:          303-454-0401

September 10, 2014

Lisa Wayne
Attorney at Law
1775 Sherman Street Suite 1650
Denver, CO 80203

Kevin McGreevey
Attorney at Law
303 16th Avenue Suite 200
Denver, CO 80202

Patrick Burke
Attorney at Law
999 18th Street #2055
Denver, CO 80202

Siddhartha Rathod
Attorney at Law
1518 Blake Street
Denver, CO 80202

Matthew Golla
Federal Public Defender
633 Seventeenth Street #1000
Denver, CO 80202

Richard Dvorak
Attorney at Law
18W140 Butterfield Road 15th Floor
Oakbrook Terrace, IL 60181

Laura Menninger
Attorney at Law
150 East 10th Avenue
Denver, CO 80203

Anthony Viorst
Attorney at Law
950 South Cherry Street #300
Denver, CO 80246

Alaurice Tafoya-Modi
Attorney at Law
1775 Sherman Street #1650
Denver, CO 80203

Re:   Expert Witness Disclosures
        United States v. Bowen, et al., Case No. 14-cr-169-PAB

Dear Counsel:

Pursuant to our continuing discovery obligations under Rule 16, *Brady*, and *Giglio*, and the Federal Rules of Criminal Procedure, below please find the information regarding the potential experts that may be called in the Government's case in chief:

| Expert Witness | Qualifications | Basis for Opinions | Opinions |
|---|---|---|---|
| **FDA EXPERTS** | | | |
| Charles Lee, M.D., Senior Medical Advisor, Office of Unapproved Drugs and Labeling Compliance, Office of Compliance, Center for Drug Evaluation and Research (CDER), FDA | See Attached Exhibit "A" | Education and experience with FDA as the manager of branches responsible for the new drug application and approval process. A review of lab reports and investigation reports. | (1) Will describe the new drug application and approval process, including that a "new drug" was, among other things, any drug not generally recognized among qualified experts as both safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling thereof, and that a "new drug" could not be lawfully introduced or delivered for introduction into interstate commerce unless an approval of that drug had been granted by the FDA through the New Drug Application (NDA) process.<br><br>(2) That "10X," "20X," "XXX," "XXX Extreme," "Requiem," "Crazy Clown," and "Sunburst" are all products that contained ADB-PINACA, AB-FUBINACA, and other substances which made them new drugs because their intended use was to "get high."<br><br>(3) That all the controlled substances, whether state or federal, alleged herein are new drugs subject to the FDA new drug application and approval process.<br><br>(4) That the FDA has never approved ADB-PINACA, AB-FUBINACA or the labeling for "10X," "20X," "XXX," "XXX Extreme," "Requiem," "Crazy Clown," or "Sunburst", or any other synthetic cannabinoid for lawful use in the United States. |

| | | | |
|---|---|---|---|
| Chad Reissig, Ph.D., Pharmacologist, FDA Controlled Substance Staff (CSS) | See Attached Exhibit "B". | Education and experience with FDA and a review of reports associated with hospitalized patients in this case. | (1)Will describe the potential and actual effects on the human body from using synthetic cannabinoids, including ADB-PINACA and AB-FUBINACA, as well as the clinical data on the effects of synthetic cannabinoids. |
| John Verbeten, Division of Import Operations and Policy | See Attached Exhibit "C". | Education and experience with FDA concerning the import process and examination of packages referred from Customs and Border Protection (CBP); and documents in this case, including mailing records and Daniel Bernier's and others' statements. | (1) Will discuss the FDA's examination process for new drugs that are imported into the U.S. (2) Will testify as to the varying levels of expertise exhibited by inspectors at numerous ports of entry. (3) Will discuss that inspectors rely heavily on the packaging and documentation accompanying articles to determine whether to exam them as contraband. (4) Will testify that the importation of properly declared new drugs goes from Customs and Border Protection (CBP) to FDA for further review. (5) Contraband is not legitimized merely because an article may have been imported and not seized at the port of entry. |

| Domenic Veneziano, Division of Import Operations and Policy | See Attached Exhibit "D". | Education and experience with FDA concerning the import process and examination of packages referred from Customs and Border Protection (CBP); and documents in this case, including mailing records and Daniel Bernier's and others' statements. | (1) Will discuss the FDA's examination process for new drugs that are imported into the U.S. (2) Will testify as to the varying levels of expertise exhibited by inspectors at numerous ports of entry. (3) Will discuss that inspectors rely heavily on the packaging and documentation accompanying articles to determine whether to exam them as contraband. (4) Will testify that the importation of properly declared new drugs goes from Customs Border Protection (CBP) to FDA for further review. (5) Contraband is not legitimized merely because an article may have been imported and not seized at the port of entry. |
|---|---|---|---|
| **SEARCH OF JOHNSON RESIDENCE - COLORADO** | | | |
| Daniel Burke, FDA Special Agent, Seized Computer and Evidence Recovery Specialist | See Attached Exhibit "E". | Education, experience and forensic imaging of digital evidence from James Johnson's residence. | (1)Special Agent Burke will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. |

| | | | |
|---|---|---|---|
| Peter Dickerman, Special Agent, Computer Investigative Specialist | See Attached Exhibit "F". | Education, experience and examination of digital evidence from James Johnson's residence, and the reports of other forensic examiners. | (1) Special Agent Dickerman will testify that he and his team were involved in the analysis of the images of the digital evidence from James Johnson's residence. |
| **SEARCH OF BOWEN'S RESIDENCE-NEVADA** | | | |
| Jeffrey Bell, B.S., D.F.E., Digital Forensic Examiner, DEA Digital Evidence Laboratory | See Attached Exhibit "G". | Education, experience and forensic imaging of digital evidence from John Bowen's residence. | (1)Mr. Bell will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. |
| Christina Siedsma, Forensic IT Specialist, SFL9 Digital Evidence Lab, DEA | See Attached Exhibit "H". | Education, experience and examination of digital evidence from John Bowen's residence, and the reports of other forensic examiners. | (1) Ms. Siedsma will testify that she and her team were involved in the analysis of the images of the digital evidence from John Bowen's residence. |
| **SEARCH OF CREAGER'S WAREHOUSE - COLORADO** | | | |

| | | | |
|---|---|---|---|
| Peter Dickerman, Special Agent, Computer Investigative Specialist | See Attached Exhibit "F". | Education, experience, forensic imaging, and examination of digital evidence from Creager's Warehouse, and the reports of other forensic examiners. | (1)Special Agent Dickerman will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. (2) Special Agent Dickerman will testify that he and his team were involved in the analysis of the images of the digital evidence from Creager's Warehouse. |
| Diana Erwin, Special Agent, Computer Investigative Specialist | See Attached Exhibit "I". | Education, experience and forensic imaging of digital evidence from Creager's Warehouse. | (1)Special Agent Erwin will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. |
| JuJet Larson, Special Agent, Computer Investigative Specialist | See Attached Exhibit "J". | Education, experience and forensic imaging of digital evidence from Creager's Warehouse. | (1)Special Agent JuJet Larson will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. |
| | | | |
| **SEARCH OF BERNIER'S RESIDENCE - FLORIDA** | | | |

| | | | |
|---|---|---|---|
| Sandra Osborne, CFCE, EnCE/Masters in Digital Forensics/Interdisciplinary Studies-Business Administration/Bachelor of Arts, Digital Forensic Examiner, DEA Digital Evidence Laboratory | See Attached Exhibit "K". | Education, experience and forensic imaging of digital evidence from Daniel Bernier's residence. | (1) Ms. Osborne will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. |
| Christine Siedsma, Forensic IT Specialist, SFL9 Digital Evidence Lab, DEA | See Attached Exhibit "H". | Education, experience and examination of digital evidence from Daniel Bernier's residence, and the reports of other forensic examiners. | (1) Ms. Siedsma will testify that she and her team were involved in the analysis of the images of the digital evidence from Daniel Bernier's residence. |
| **SEARCH OF LIQUOR & TOBACCO DEPOT - NEBRASKA** | | | |
| Nicholas Herfordt, Detective, Omaha Police Department | See Attached Exhibit "L". | Education, experience, examination and analysis of evidence from Liquor & Tobacco Depot | (1) Mr. Herfordt will testify that the proper procedure for forensic imaging of digital evidence was followed in this case. (2) Mr. Herfordt will testify that he and his team were involved in the analysis of the images of the digital evidence from Liquor & Tobacco Depot. |
| **FORENSIC CHEMISTS** | | | |

| Luke Skifich, Senior Forensic Chemist, DEA, Office of Forensic Sciences | See Attached Exhibit "M". | Education, experience, examination and analyses of evidence. Review of reports and other expert analysis. | (1a) The drug seized in case MK-13-0120 on 11/20/2013 labeled Sunburst contains AB-FUBINACA in the quantities outlined in his lab report, attached hereto as Exhibit 1. (1b) The drug seized in case MK-13-0120 on 11/21/2013 labeled as Sunburst contains AB-FUBINACA in the quantities outlined in his lab report, attached hereto as Exhibit 2. (1c) The drug seized in case MK-13-0120 on 11/29/2013 labeled Sunburst contains AB-FUBINACA in the quantities outlined in his lab report, attached hereto as Exhibit 3. (1d) The drug seized in case MK-13-0120 on 1/29/2014 contains AB-FUBINACA in the quantities outlined in his lab report, attached hereto as Exhibit 4. (1e) The drug seized in case MK-13-0120 on 2/14/2014 labeled Sunburst contains AB-FUBINACA in the quantities outlined in his lab report, attached hereto as Exhibit 5. (1f) The drug seized in case MK-13-0120 on 4/7/2014 was unconfirmed as outlined in his lab report, attached hereto as Exhibit 6. (1g) The drug seized in case MK-13-0120 on 4/21/2014 labeled as Chill Out contains AB-PINACA, the drugs labeled as Scooby Snax -- Original and Scooby Snax – Green Apple contain AM 2201 Indazole, the drugs labeled Scooby Snax -- Watermelon and Scooby Snax – 3rd Gen. Aromatherapy contain AM 2201 Indazole, the drug labeled Green Giant contains AB-FUBINACA, the drug labeled Super Nova contains AB-PINACA, the drug labeled 7H contains AB-FUBINACA, the drug labeled Ironman contains AB-FUBINACA in the quantities outlined in his lab reports, attached hereto as Exhibit 7. (2) The methodology (Gas Chromatography/Flame Ionization Detector, Gas Chromatography/Mass Spectrometry, Nuclear Magnetic Resonance Spectrometry) used to test the substances was reliable. |

| Natasha Collins, Forensic Scientist, Colorado Bureau of Investigation Forensic Services | See Attached Exhibit "N". | Education, experience, examination and analysis of evidence. | (1a) The drug seized in Lab Case #D13-2052 (Agency Case #13-35461) labeled as 10X contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 8.<br>(1b) The drugs seized in Lab Case #D13-1987 (Agency Case #14-1234) labeled as 10X (Items 2 and 4) contain ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 9.<br>(1c) The drug seized in Lab Case #D13-1987 (Agency Case #14-1234) labeled as XXX Platinum (Item 5) contains PB-22, and the drug labeled as Requiem (Item 9) contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 10.<br>(1d) The drug seized in Lab Case #D13-1957 (Agency Case #2013-32596) contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 11.<br>(1e) The drugs seized in Lab Case #D13-1958 (Agency Case #2013-33915) labeled as Requiem (Items 2, 2.1, 2.2) contain ADB-PINACA, the drugs labeled as 10X (Items 12, 12.1, 12.2) contain ADB-PINACA, the drug labeled as XXX Extreme (Items 32, 32.1, 32.2) contains ADB-PINACA in the quantities outlined in her report, attached hereto as Exhibit 12.<br>(1f) The drug seized in Lab Case #D13-1993 (Agency Case #2013-34066) contains ADB-PINACA in the quantities outlined in her report, attached hereto as Exhibit 13.<br>(2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substance was reliable. |

| | | | |
|---|---|---|---|
| Melissa Atencio, Forensic Scientist, Colorado Bureau of Investigation Forensic Services | See Attached Exhibit "O". | Education, experience, examination and analysis of evidence. | (1a) The drug seized in Lab Case #D13-2405 (Agency Case #13-45193) contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 14. (1b) The drug seized in Lab Case #P13-573 (Agency Case #2B132729) labeled as XXX contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 15. (1c) The drug seized in Lab Case #P13-946 (Agency Case #2B132918) labeled as Requiem contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 16. (2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substance was reliable. |
| Tim McKibben, Forensic Scientist, Laboratory Agent, Colorado Bureau of Investigation Forensic Services | See Attached Exhibit "P". | Education, experience, examination and analysis of evidence. | (1) The drug seized in Lab Case #P12-848 (Agency Case #MK-12-2414) labeled as 10X (Item 7) contains XLR-11 and AM-2201 in the quantities outlined in his lab report, attached hereto as Exhibit 17. (2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substance was reliable. |
| Stephanie Olofson, MS, Criminal Investigator I, Laboratory Agent, Colorado Bureau of Investigation Forensic Services | See Attached Exhibit "Q". | Education, experience, examination and analysis of evidence. | (1) The drug seized in Lab Case #P13-957 (Agency Case #13-07524) labeled as Requiem (Item 1) contains ADB-PINACA in the quantities outlined in her lab report, attached hereto as Exhibit 18. (2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substance was reliable. |

| M. Scott Webb, Forensic Scientist, Colorado Bureau of Investigation Forensic Services | See Attached Exhibit "R". | Education, experience, examination and analysis of evidence. | (1a) The drug seized in Lab Case #D13-1896 (Agency Case #2013010315) contains ADB-PINACA in the quantities outlined in his lab report, attached hereto as Exhibit 19. (1b) The drug seized in Lab Case #N12-115 (Agency Case #12G13897) labeled 10X (Item 1.1) contains UR-144, and the drug labeled Requiem (Item 1.2) contains UR-144 in the quantities outlined in his lab report, attached hereto as Exhibit 20. (1c) The drugs seized in Lab Case #N13-30 (Agency Case #12G17494) labeled Requiem (Items 1, 1.1, 1.2) contain UR-144, and the drug labeled 10X (Item 2) contains UR-144 in the quantities outlined in his lab report, attached hereto as Exhibit 21. (1d) The drugs seized in Lab Case #N12-116 (Agency Case #12G19299) labeled 10X (Items 1.1, 1.2) contain UR-144 in the quantities outlined in his lab report, attached hereto as Exhibit 22. (1e) The drug seized in Lab Case #N13-31 (Agency Case #12G28022) labeled as Requiem contains XLR11 in the quantities outlined in his lab report, attached hereto as Exhibit 23. (2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substance was reliable. |
|---|---|---|---|

| Donald Shriver, Forensic Scientist Supervisor, Denver Police Department Crime Laboratory | See Attached Exhibit "S". | Education, experience, examination and analysis of evidence. | (1a) The drug seized in Lab Case #13-04566 (Agency Case #2013-410047) labeled 10X contains ADB-PINACA in the quantity outlined in his lab report, attached hereto as Exhibit 24. (1b) The drug seized in Lab Case #13-04754 (Agency Case #2013-424531) labeled 10X contains ADB-PINACA in the quantity outlined in his lab report, attached hereto as Exhibit 25. (1c) The drug seized in Lab Case #13-04799 (Agency Case #2013-427891) labeled 10X contains ADB-PINACA and the drug labeled Crazy Clown contains 5-Fouoro-PB-22 in the quantity outlined in his lab report, attached hereto as Exhibit 26. (1d) The drug seized in Lab Case #13-01209 (Agency Case #2013-106463) labeled Requiem contains ADB-PINACA, and the drug labeled Crazy Clown contains 5-Fluoro-PB-22 in the quantity outlined in his lab report, attached hereto as Exhibit 27. (2) The methodology (Gas Chromatograph/Mass Spectrometer) used to test the substances was reliable. |
|---|---|---|---|

| Jack Chen, Forensic Chemist, Colorado Springs Police Department Metro Crime Laboratory | See Attached Exhibit "T". | Education, experience, examination and analysis of evidence. | (1a) The drug seized in Lab Case # 2013-00389246 (Agency Case #1331424) labeled 10X (Item 200731588) contains ADB-PINACA, the drug labeled 20X Super Premium New Formula (Item 200732655) contains ADB-PINACA in the quantities outlined in his lab report attached hereto as Exhibit 28.<br>(1b) The drug seized in Lab Case #2013-00389246 (Agency Case #1331424) labeled Sunburst contains AB-FUBINACA in the quantity outlined in his lab report attached hereto as Exhibit 29.<br>(1c) The drug seized in Lab Case #2013-00390310 (Agency Case #1331525) labeled 10X contains ADB-PINACA in the quantity outlined in his lab report attached hereto as Exhibit 30.<br>(2) The methodology (Gas Chromatography-Mass Spectrometry and Fourier Transform Infrared Spectroscopy) used to test the substances was reliable. |
| Jerry Smith, Forensic Chemist, Eastern Nebraska Forensic Lab | See Attached Exhibit "U". | Education, experience, examination and analysis of evidence. | (1) The drugs seized in Case 84434-I labeled Sunburst contain AB-FUBINACA in the quantities outlined in his lab reports attached hereto as Exhibit 31.<br>(2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substances was reliable. |
| Derek Delve, Crime Scene Investigator, Forensic Chemist, Douglas County Sheriff's Office, Crime Lab | See Attached Exhibit "V". | Education, experience, examination and analysis of evidence. | (1) The drugs seized in Lab Case #2013-00095899 (Agency Case #LT13-002159) labeled Crazy Clown contain ADB-PINACA in the quantities outlined in his lab report attached hereto as Exhibit 32.<br>(2) The methodology (Gas Chromatography/Mass Spectrometry) used to test the substances was reliable. |

| Barbara Schuman, Forensic Scientist, ISP Rockford Forensic Science Laboratory | See Attached Exhibit "W". | Education, experience, examination and analysis of evidence. | (1) The drug seized in Lab Case #R14-001396 (Agency Case #2014-00831) labeled Sunburst contains AB-FUBINACA in the quantity outlined in her lab report attached hereto as Exhibit 33. (2) The methodology (Gas Chromatography preliminary test and Gas Chromatography/Mass Spectrometry confirmation test) used to test the substances was reliable. |
| Rhonda Earl, Forensic Scientist, ISP Rockford Forensic Science Laboratory | See Attached Exhibit "X". | Education, experience, examination and analysis of evidence. | (1) The drug seized in Lab Case #R14-001143 (Agency Case #2014-00831) contains AB-FUBINACA in the quantity outlined in her lab report attached hereto as Exhibit 34. (2) The methodology (Gas Chromatography preliminary test and Gas Chromatography/Mass Spectrometry confirmation test) used to test the substances was reliable. |

Please note, the Government reserves the right to supplement this disclosure, as appropriate.

Best regards,

Jaime A. Pena
Assistant United States Attorney
District of Colorado

## CURRICULUM VITAE

**IDENTIFICATION:**

| | |
|---|---|
| Date: | 20 June 2014 |
| Name: | CHARLES EDWARD LEE |
| Birth Date and Place: | 27 October 1954 |
| | Washington, DC |
| Rank: | CAPT, USPHS |

**CURRENT EMPLOYMENT:**

Senior Medical Advisor
Office of Unapproved Drugs and Labeling Compliance
Office of Compliance
Center for Drug Evaluation and Research (CDER), FDA
Building 51, Room 5184
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002

**EDUCATION:**

University of Maryland
College Park, Maryland
BS, Microbiology, 1976

University of Maryland School of Medicine
Baltimore, Maryland
MD, 1980

**TRAINING:**

Allergy–Immunology Service
Wilford Hall USAF Medical Center
Lackland AFB, TX
Fellow, July 1989–June 1991

USAF School of Aerospace Medicine
Brooks AFB, TX
Aerospace Medicine Primary Course (Flight Surgeon)
Honor Graduate (First in class)
April 1990

University of Maryland Hospital
Baltimore, Maryland
Intern, Pediatrics
July 1980–June 1981

University of Maryland Hospital
Baltimore, Maryland
Resident, Pediatrics
July 1981–June 1983



Charles E. Lee, M.D.                                                20 June 2014

**PROFESSIONAL EXPERIENCE:**

Senior Medical Advisor
Office of Unapproved Drugs and Labeling Compliance
Office of Compliance
Center for Drug Evaluation and Research (CDER), FDA
Building 51, Room 5184
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002
June 2011–present

Medical Officer
Division of New Drugs and Labeling Compliance
Office of Compliance
Center for Drug Evaluation and Research (CDER), FDA
Building 51, Room 5184
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002
June 2008–May 2011

Staff Allergist-Immunologist (Part-time)
Allergy and Immunology Clinic
National Naval Medical Center
Building 9, 1st Deck
8901 Wisconsin Avenue
Bethesda, MD  20889-5600
June 2001–December 2009

Medical Team Leader
Division of Pulmonary and Allergy Products
Center for Drug Evaluation and Research (CDER), FDA
Building 22, Room 3318
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002
November 2006–June 2008

Medical Officer
Division of Pulmonary and Allergy Products
Center for Drug Evaluation and Research (CDER), FDA
Building 22, Room 3318
10903 New Hampshire Avenue
Silver Spring, MD  20993-0002
June 1999–November 2006

Allergist-Immunologist
Sussex Allergy, Asthma, & Immunology
600 N. DuPont Highway, Suite 214
Georgetown, DE  19947
August 1995–May 1999

2

Charles E. Lee, M.D.                                                         20 June 2014

**PROFESSIONAL EXPERIENCE, continued:**

Pediatrician
A. I. duPont Institute Children's Clinics
15 Georgetown Plaza Shopping Center
Georgetown, DE  19947
August 1994–May 1997

Staff Allergist, Allergy–Immunology Service
David Grant USAF Medical Center
Travis AFB, CA  94535-5300
July 1991–July 1994

Pediatrician and Chief, Newborn Nursery
410th Strategic Hospital
K.I. Sawyer AFB, MI  49843
August 1987–June 1989

Dr. James J. Peipon and Associates
207-A Maryland Avenue
Salisbury, Maryland  21801
Pediatrician
July 1986–July 1987

Broad Top Area Medical Center
Box 127
Broad Top, Pennsylvania  16621
Pediatrician, National Health Service Corps, USPHS
July 1985–July 1986

Dickinson Medical Group, P.A.
800 North DuPont Highway
Milford, Delaware  19963
Pediatrician, National Health Service Corps, USPHS
July 1983–April 1985

**UNIFORMED SERVICE:**

United States Air Force
Allergist-Immunologist, Pediatrician
July 1987–July 1994, Honorable Discharge
Highest rank held:          Lieutenant Colonel
Decorations:                Meritorious Service Medal
                            Air Force Commendation Medal
                            National Defense Service Medal
                            Air Force Outstanding Unit Award
                            Air Force Longevity Service Award
                            Small Arms Expert Marksmanship Ribbon
                            Air Force Training Ribbon

Charles E. Lee, M.D.                                              20 June 2014

**UNIFORMED SERVICE, continued:**
    United States Public Health Service Commissioned Corps
    Medical Officer
    July 2001–Present
    Current rank:          Captain
    Decorations:           USPHS Meritorious Service Medal
                        USPHS Outstanding Service Medal
                        USPHS Commendation Medal (3)
                        USPHS Achievement Medal
                        Navy & Marine Corps Achievement Medal
                        USPHS Outstanding Unit Citation (2)
                        USPHS Unit Commendation (10)
                        Navy & Marine Corps Meritorious Unit Commendation (3)
                        USPHS Special Assignment Award (3)
                        USPHS Crisis Response Service Award
                        USPHS Response Service Award
                        USPHS Commissioned Corps Training Award

**MEDICAL LICENSES:**      Delaware, 1983
                        Pennsylvania, 1985, (inactive status)
                        Maryland, 1986, (inactive status)

**MEMBERSHIPS:**        American Academy of Allergy, Asthma, and Immunology
                             Fellow, 2006–present
                             Member, 1989–2006
                        American College of Allergy, Asthma, and Immunology
                             Fellow, 1992–present
                        American Academy of Pediatrics
                             Fellow, 1986–2008
                        American Academy of Pediatrics
                             Section on Allergy and Immunology
                             Member, 1992–2008
                        Asthma & Allergy Society of Delaware
                             President, 1998

**CERTIFICATIONS:**      American Board of Pediatrics, 1985
                        American Board of Allergy and Immunology 1991, 2001, 2011
                        Pediatric Advanced Life Support, 1997
                        Advanced Cardiac Life Support, 1993
                        Advanced Trauma Life Support, 1988
                        Basic Life Support, 2013

**HONORS:**             Alpha Omega Alpha, 1979
                        Phi Beta Kappa, 1976
                        Phi Kappa Phi, 1975
                        Sigma Alpha Omicron, Microbiology Honor Society, 1975
                        One of Delaware's Top Allergists, Delaware Today Magazine, 1998

Charles E. Lee, M.D.                                                    20 June 2014

## PUBLICATIONS, ABSTRACTS, PRESENTATIONS:
### PUBLICATIONS:

Lee CE. Federal regulation of unapproved chelation products. Journal of Medical Toxicology. 149(4):313-317, December 2013.

Ostroff C, Lee CE, McMeekin J, Shepperson S, Deveau I. Unapproved prescription cough, cold, and allergy medications: Chest. 140(6):1672-1673, December 2011.

Ostroff C, Lee CE, McMeekin J. Unapproved prescription cough, cold, and allergy drug products: Recent US Food and Drug Administration action. Chest 140(2):1-6, August 2011.

Chang CY, Sachs HC, Lee CE: Unexpected infant deaths associated with use of cough and cold medications. Pediatrics. 2009 Feb;123(2):e358-9; author reply e359.

Limb SL, Starke PR, Lee CE, Chowdhury BA: Delayed onset and protracted progression of anaphylaxis after omalizumab administration in patients with asthma. Journal of Allergy and Clinical Immunology 120(6):1378-1381, December 2007. Epub October 22, 2007.

Lee CE, Freeman TM, Charlesworth EN: Extremely elevated IgE. Annals of Allergy 69(5):399-405, November 1992

Lee CE, Neuland ME, Teaford HG, Villacis BF, Dixon PS, Valtier S, Yeh C, Fournier DC, EN Charlesworth: Interleukin–6 is released in the cutaneous response to allergen challenge in atopic individuals. Journal of Allergy and Clinical Immunology 89(5):1010-1020, May 1992.

Williams JC, Lee CE, Wild JR: The biochemical characterization of a distinct transport system for uracil and uridine in *Salmonella typhimurium*, LT-2. Molecular and General Genetics 178:121-130, 1980.

### ABSTRACTS:

Lee CE, Dixon PS, and Charlesworth EN: Interleukin–6 is released in the cutaneous response to antigen challenge. Journal of Allergy and Clinical Immunology 87(1 Part 2): 208, 1991.

Goetz DW, Lee CE, Whisman BA, Goetz AD: Allergenic cross-reactivity among seven tree nuts and peanuts. Journal of Allergy and Clinical Immunology 87(1 Part 2): 328, 1991.

Lee CE, Whisman BA, Goetz DA: Identification of peanut and true nut allergens by immunoblotting. Journal of Allergy and Clinical Immunology 85(1 Part 2): 277, 1990.

Charles E. Lee, M.D.                                        20 June 2014

## NEW DRUG APPLICATION REVIEWS:

FDA reviews of New Drug Applications (NDAs) for more than 20 allergy and asthma drugs proposed for marketing in the United States, including the following NDA approvals:

Astelin Nasal Spray, Pediatric Indication

NasalCrom Nasal Spray, OTC Pediatric Indication

Astelin Nasal Spray, Vasomotor Rhinitis Indication

Tavist Allergy Sinus Headache Tablets

Codeprex Extended Release Syrup

Claritin Tablets, RediTabs, and Syrup, OTC Switch

Claritin-D 12 Hour Tablets and Claritin-D 24 Hour Tablets, OTC Switch

Alavert Orally Disintegrating Tablets

Loratadine Allergy Relief Tablets, Perrigo

Allegra Capsules and Tablets, Pediatric Labeling Supplement

Mucinex-D Extended Release Tablets

Allegra-D 24 Hour Tablets

Allegra Oral Suspension

Allegra Orally Disintegrating Tablets

## PRESENTATIONS:

### Video Presentations

Unapproved drugs, WebLearn for manufacturers of marketed unapproved drug products: http://fdadrugcompliance.com/decisiontree/casestudy/mucinex/

Safety concerns with Hyland's Teething Tablets: http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm231356.htm

Marketed Unapproved Drugs http://www.medscape.com/viewarticle/737615

### Internet podcasts and XM radio segments

Medscape: Internet podcast and XM radio segment on marketed unapproved drugs. http://www.fda.gov/Drugs/DrugSafety/DrugSafetyPodcasts/ucm079097.htm

Medical journal, Chest: Internet podcast on marketed unapproved cough, cold, and allergy drugs  http://chestjournal.chestpubs.org/content/140/2/295/suppl/DC1

### Other presentations

FDA Enforcement Action: Unapproved Over-the-Counter Chelation Products American College of Medical Toxicology Conference on Use and Misuse of Metal Chelation Therapy, February 2012

6

Charles E. Lee, M.D.                                                          20 June 2014

**PRESENTATIONS, continued:**

FDA Expert Witness program
Briefing for CDER senior management at Division Director's Policy Meeting, January
2009

Anaphylaxis associated with use of omalizumab, presentation to CDER Director and
CDER Senior Management Staff, Regulatory Briefing, December 2006

Applicant's Written Request for Pediatric studies for an inhaled corticosteroid for
treatment of asthma
Presentation to Pediatric Implementation Team, January 2006

Applicant's decision to decline a Written Request for Pediatric studies for an
antihistamine used for the treatment of allergic rhinitis
Presentation for Pediatric Implementation Team, August 2005

Anaphylaxis in a new drug for the treatment of prostate cancer, presentation to CDER
Director and CDER Senior Management Staff, Regulatory Briefing, July 2003

Response to second Written Request for Pediatric Studies for Allegra (fexofenadine
hydrochloride), presentation to Director, Office of New Drugs and Pediatric Exclusivity
Board, January 2003

Over-the-counter indication for the treatment of hives for Claritin (loratadine),
presentation for CDER Director of Medical Policy and ODE II Director, June 2002

Chronic obstructive pulmonary disease indication for Flovent (fluticasone propionate)
Presentation to Pulmonary-Allergy Drug Products Advisory Committee, January 2002

Response to first Written Request for Pediatric Studies for Allegra (fexofenadine
hydrochloride)
Presentation to Pediatric Exclusivity Board, August 2000

Response to Written Request for Pediatric Studies for NasalCrom Nasal Spray (cromolyn
sodium)
Presentation to Director, Office of New Drugs and Pediatric Exclusivity Board,
Regulatory Briefing, November 1999

Anaphylaxis in a new drug for the treatment of prostate cancer
Presentation to CDER Director and CDER Senior Management Staff, Pre-decisional
Meeting, May 2001

Why is my asthma patient not getting better?
Fourth Annual David Grant USAF Medical Center Pediatric Update, Travis AFB,
California, May 1992.

Charles E. Lee, M.D.                                                      20 June 2014

**PRESENTATIONS, continued:**

Interleukin–6 is released in the cutaneous response to antigen challenge.
Annual Scientific Session of the Association of Military Allergists, Fitzsimons Army
Medical Center, Aurora, Colorado, February 1992.

Interleukin–6 is released in the cutaneous response to antigen challenge.
Southwest Allergy Forum, San Antonio, TX, April 1991.
Second place award for best abstract by a Fellow in Training.

Interleukin–6 is released in the cutaneous response to antigen challenge.
Poster presentation at the 47th Annual Meeting of the American Academy of Allergy and
Immunology, San Francisco, California,  March 1991.

Identification of peanut and true nut allergens.
Poster presentation at the 46th Annual Meeting of the American Academy of Allergy and
Immunology, Baltimore, Maryland, March 1990.

Identification of peanut and true nut allergens.
Annual Scientific Session of the Association of Military Allergists, Fitzsimons Army
Medical Center, Aurora, Colorado, February 1990.

Nucleoside transport in Rickettsia typhi.
Department of Microbiology, University of Maryland School of Medicine, Baltimore,
Maryland, October 1977.

**FDA ACTIVITIES:**

Alternate Representative, Office of Compliance, CDER Drug Safety Board, 2010-present

Division of Pulmonary and Allergy Products co-representative, Center for Drug
Evaluation and Research (CDER) Pediatric Committee, 1999-2005

Division of Pulmonary and Allergy Products Epidemiology Coordinator, 1999-2006

Prescription Studies Working Group Member, DMETS

Division of Pulmonary and Allergy Products OTC Antihistamine Switch Review Team

Lead for CDER Guidance for Allergic Rhinitis Drug Development Programs

CDER Sedating Drugs Working Group Member

Division of Pulmonary and Allergy Products Pediatric Exclusivity Working Group