# Exhibit 1

## (Part 2 of 5)

# CURRICULUM VITAE
## Chad J. Reissig, Ph.D.

## PERSONAL INFORMATION

Work Address:     U.S. Food and Drug Administration (FDA)
10903 New Hampshire Avenue, Building 51
Silver Spring, MD 20993
Tel.: (301) 796-3434
Email: chad.reissig@fda.hhs.gov

Home Address:     3304 Tanterra Circle
Brookeville, MD 20833

## EDUCATION AND TRAINING

2006-2009     **Postdoctoral Research Fellow**
Johns Hopkins University School of Medicine
Behavioral Pharmacology Research Unit
Baltimore, MD
Advisor: Roland R. Griffiths, Ph.D.

2001-2006     **Ph.D.**
University at Buffalo School of Medicine and Biomedical Sciences
Buffalo, NY
Major: Pharmacology and Toxicology
Thesis: "The 5-HT$_{1A}$ receptor and Hallucinogens"
Advisor: Jerrold C. Winter, Ph.D.

1997-2001     **B.S.**
State University of New York College at Cortland
Cortland, NY
Major: Health Science

## PROFESSIONAL EXPERIENCE

2009-Present   *Pharmacologist,* Food and Drug Administration (FDA)
Controlled Substance Staff (CSS)
Director: Michael Klein, Ph.D.
Primary duties: Provides expert guidance and consultation services to
FDA Review Divisions and other government agencies to develop
regulatory policies to mitigate drug abuse risks.  Reviews and evaluates
New Drug Applications (NDA) and Investigational New Drug
Applications (IND).  Interacts with industry representatives to aid and
guide drug development with a focus on abuse potential assessment.



GOVERNMENT
EXHIBIT
B

2006-2009   *Postdoctoral Research Fellow,* Johns Hopkins University School of
Medicine Behavioral Pharmacology Research Unit
Primary Investigator: Roland R. Griffiths, Ph.D.
Research included: Abuse liability assessment, human behavioral
pharmacology studies characterizing the cognitive and subjective effects
of commonly abused drugs, caffeine research, characterization of the
subjective effects of psychoactive compounds

2001-2006   *Graduate Research Fellow,* University at Buffalo Department of
Pharmacology and Toxicology
Primary Investigator: Jerrold C. Winter, Ph.D.
Research included: Preclinical drug evaluation with an emphasis on Drug
discrimination, radial maze, and locomotor activity studies. General *in
vivo* and *in vitro* experimentation to determine the pharmacological
mechanisms of psychoactive drugs.

2005-2006   *Graduate Research Fellow,* University at Buffalo Department of Anatomy
and Physiology
Primary Investigator: Cynthia A. Dlugos, Ph.D.
Research included: Immunohistochemistry, confocal microscopy and *in
vitro* experimentation to determine cellular mechanisms of psychoactive
drugs.

Fall 2001   *Graduate Research Fellow,* Universtiy at Buffalo Department of
Pharmacology and Toxicology
Primary Investigator: Richard A. Rabin, Ph.D.
Research included:  Investigation of the biochemical and molecular
mechanisms of ethanol induced differential gene expression, RNA
isolation, Northern Blotting and film development.

1994-2000   *Research Assistant,* Cornell University Department of Entomology
Primary Investigator: Michael G. Villani, Ph.D.
Research Included: Determining the efficacy of different pest control
procedures on turf grass maintenance, insect identification, pesticide
application, and soil analysis.

## PUBLICATIONS

*Peer-Reviewed Original Research Articles:*

Maclean, K.A., Johnson, M.W., **Reissig, C.J.,** Prisinzano, T.E., Griffiths, R.R., (2013).
Dose-related Effects of Salvinorin A in Humans: Cognitive, Dissociative,
Hallucinogenic, and Abuse Liability Effects. *Psychopharmacology, 226: 381-392.*

Carter, L.P., **Reissig, C.J.**, Johnson, M.W., Klinedinst, M.A., Griffiths, R.R., Mintzer, M.M, (2013). Acute cognitive effects of high doses of dextromethorphan relative to triazolam in humans. *Drug and Alcohol Dependence, 128: 206-213.*

**Reissig, C.J.**, Carter, L.P., Mintzer, M.M, Klinedinst, M.A., Griffiths, R.R., (2012). High doses of dextromethorphan, an NMDA antagonist, produce effects similar to classic hallucinogens. *Psychopharmacology, 223: 1-15.*

Johnson, M.W., Maclean, K.A., **Reissig, C.J.**, Prisinzano, T.E., Griffiths, R.R., (2011). Human psychopharmacology and dose-effects of salvinorin A, a kappa opioid agonist hallucinogen present in the plant Salvia divinorum. *Drug and Alcohol Dependence, 115 (1-2), 150-155.*

**Reissig, C.J.**, Strain, E.C., Griffiths, R.R., (2009). Caffeinated energy drinks-A growing problem. *Drug and Alcohol Dependence 99,* 1-10.

Fantegrossi, W.E., Murnane, K.S., **Reissig, C.J.**, (2008). The behavioral pharmacology of hallucinogens. *Biochemical Pharmacology 75,* 17-33.

Fantegrossi, W.E., **Reissig, C.J.**, Katz, E.B., Yarosh, H.L., Rice, K.C., Winter, J.C., (2008). Hallucinogen-like effects of N,N-dipropyltryptamine (DPT): possible mediation by serotonin 5-HT1A and 5-HT2A receptors in rodents. *Pharmacology, Biochemistry, and Behavior 88,* 358-365.

**Reissig, C.J.**, Eckler, J.R., Rabin, R.A., Rice, K.C., Winter, J.C., (2008). The stimulus effects of 8-OH-DPAT: evidence for a 5-HT2A receptor-mediated component. *Pharmacology, Biochemistry, and Behavior 88,* 312-317.

**Reissig, C.J.**, Rabin, R.A., Winter, J.C., Dlugos, C.A., (2008). d-LSD-induced c-Fos expression occurs in a population of oligodendrocytes in rat prefrontal cortex. *European Journal of Pharmacology 583,* 40-47.

**Reissig, C.J.**, Eckler, J.R., Rabin, R.A., Winter, J.C., (2005). The 5-HT1A receptor and the stimulus effects of LSD in the rat. *Psychopharmacology 182,* 197-204.

Winter, J.C., Kieres, A.K., Zimmerman, M.D., **Reissig, C.J.**, Eckler, J.R., Ullrich, T., Rice, K.C., Rabin, R.A., Richards, J.B., (2005). The stimulus properties of LSD in C57BL/6 mice. *Pharmacology, Biochemistry, and Behavior 81,* 830-837.

Eckler, J.R., **Reissig, C.J.**, Rabin, R.A., Winter, J.C., (2004). A 5-HT(2C) receptor-mediated interaction between 2,5-dimethoxy-4-methylamphetamine and citalopram in the rat. *Pharmacology, Biochemistry, and Behavior 79,* 25-30.

*Textbook Chapters:*

Griffiths, R.R. and **Reissig, C.J.**, (2008). Substance Abuse: Caffeine Use Disorders, in Psychiatry Third Edition, Tasman A., Kay, J., Lieberman J., First M.B., and Maj, M. (eds). John Wiley & Sons, Chichester, UK, volume 1, pp 1019-1040.

*In Progress:*

**Reissig, C.J.**, Carter, L.P., Griffiths, R.R. Abuse liability study of Staccato™ Alprazolam for inhalation in subjects with histories of sedative abuse. *Manuscript submitted to Psychopharmacology.*

*Invited Talks, Presentations*

**Reissig, C.J.**, and Vojtech, J.M. (2014). A comparison of drug-related deaths in Florida, 2007-2012. Poster presentation at the 76th Annual meeting of the College on Problems of Drug Dependence. San Juan, Puerto Rico.

Farley, S.B., and **Reissig, C.J.** (2014). Methodological challenges with marijuana research in the U.S. Poster presentation at the 76th Annual meeting of the College on Problems of Drug Dependence. San Juan, Puerto Rico.

Harrison, J.A., **Reissig, C.J.**, Griffiths, R.R. (2012). Subjective, behavioral, and cognitive effects of oral versus inhaled alprazolam. Poster presentation at the 74th Annual meeting of the College on Problems of Drug Dependence. Palm Springs, CA.

Johnson, M.W., Maclean, K.A., **Reissig, C.J.**, Prisinzano, T.E., Griffiths, R.R., (2011). Human psychopharmacology and dose-effects of salvinorin A, a kappa-opioid agonist hallucinogen present in the plant Salvia divinorum. Oral presentation at the 73rd Annual meeting of the College on Problems of Drug Dependence. Hollywood, FL.

**Reissig, C.J.**, (2010). Abuse potential of nicotine replacement therapy products. Oral presentation at the FDA public workshop: Risks and Benefits of Long-Term Use of Nicotine Replacement Therapy.

**Reissig, C.J.**, (2009). Caffeinated energy drinks: an emerging problem? Oral presentation at the SUNY Youth Sports Institute Symposium on Energy Drinks. New York, NY.

**Reissig, C.J.**, Carter, L.P., Mintzer, M.M, Griffiths, R.R., (2009). Comparative pharmacology of dextromethorphan and triazolam. Poster presented at the 71st Annual meeting of the College on Problems of Drug Dependence. Reno/Sparks, NV.

**Reissig, C.J.**, Carter, L.P., Mintzer, M.M, Griffiths, R.R., (2009). Characterization of supratherapeutic doses of dextromethorphan and triazolam. Poster presented at the 3rd Annual Johns Hopkins University, Bloomberg School of Public Health Annual

Conference for the Dissemination of Research on Addiction, Infectious Disease and Public Health. Baltimore, MD.

**Reissig, C.J.,** Carter, L.P., Mintzer, M.M, Griffiths, R.R., (2008). Psychedelic-like effects of dextromethorphan. Oral presentation at the 70th Annual meeting of the College on Problems of Drug Dependence. San Juan, Puerto Rico.

**Reissig, C.J.,** Eckler, J.R., Rabin, R.A., Rice, K.C., Winter, J.C., (2007). The stimulus effects of 8-OH-DPAT: evidence for a 5-HT2A receptor-mediated component. Poster presented at the Annual Bayview Research Symposium. Baltimore, MD.

**Reissig, C.J.,** Carter, L.P., Mintzer, M.M, Griffiths, R.R., (2007). Psychedelic-like effects of dextromethorphan. Poster presented at the 2nd Annual Johns Hopkins University, Bloomberg School of Public Health Annual Conference for the Dissemination of Research on Addiction, Infectious Disease and Public Health. Baltimore, MD.

**Reissig, C.J.,** Winter, J.C., Eckler, J.R., Rabin, R.A., (2005). The 5-HT1A receptor and the stimulus effects of LSD in the rat. Poster presented at the 67th Annual meeting of the College on Problems of Drug Dependence. Orlando, FL.

**Reissig, C.J.,** (2004). Hallucinogens and drug-induced stimulus control. Oral presentation at the University at Buffalo Pharmacological Sciences Day Seminar. Buffalo, NY.

## GRANT SUPPORT

2006-2009   Postdoctoral Trainee, National Research Service Award (T32-DA-07209; G.E. Bigelow, Principle Investigator) National Institute on Drug Abuse, National Institutes of Health.

2003-2006   Predoctoral Individual National Research Service Award, (DA-016457-01A1) National Institute on Drug Abuse, National Institutes of Health.

## FDA TRAINING AND EDUCATION

2012 -2013   Excellence in Government Fellows Program (EIG), leadership training

2013   Writing for Success Using Plain Language

2012   Potential Supervisors: So You Think You Want to be A Supervisor? (FDA Introductory Supervisor Training Course)

2012   CDER Leadership Consortium Panel

2012   Strategic Communication for Managers Course

2010   FDA Technical Writing Course

| 2010 | Investigational New Drug (IND) Regulations and Policies Course |
| 2010 | Basic Drug Law Course |
| 2010 | New Drug Application (NDA) Regulations and Policies Course |
| 2010 | Good Laboratory Practices Course for CDER Pharmacology/Toxicology Reviewers |
| 2009 | JMP Clinic |

## TEACHING EXPERIENCE

| 2012-2013 | Mentor - Department of Health and Human Services Pathways Program |
| 2009-2010 | Mentor - Valley Central High School, Intel International Science and Engineering Fair (ISEF) |
| 2008-2009 | Mentor - Science and Mathematics Academy at Aberdeen High School (Aberdeen, MD) |
| 2004-2006 | Instructor - PMY518: Mechanism of Drug Action: CNS and Sensory Pharmacology (SUNY at Buffalo) |
| 2004-2005 | Instructor - Pharmacology 335: Principles of Pharmacology (D'Youville College, Buffalo NY) |

## RECOGNITION

*Awards, Honors*

| 2012 | CDER Team Excellence Award – Nicotine Replacement Therapy Workshop Team |
| 2012 | CDER Regulatory Science Excellence Award – Controlled Substance Staff |
| 2009 | NIDA Director's Travel Award to attend the 71st annual meeting of the College on Problems of Drug Dependence, Reno/Sparks Nevada |
| 2002 | Senator, Pharmacology and Toxicology Club |
| 2001 | Gustav B. Timmel Award, competitive, based on academic performance |
| 2001 | Magna Cum Laude (B.S. Health Science) |
| 1999-2001 | Eta Sigma Gamma honor society member |

*Professional Societies*

| 2011-Present | *American Psychological Association, Division 28,* Member |
| 2008-2011 | *College on Problems of Drug Dependence,* In-Training Member |

*Other*

2007-2008          Postdoctoral Representative to the Senior Staff committee, Johns
                   Hopkins University Behavioral Pharmacology Research Unit.

Ad-Hoc Reviewer for scientific journals:

> *Behavioural Pharmacology*
> *Drug and Alcohol Dependence*
> *Psychopharmacology*

**John Edward Verbeten**
9158 Liberty Village Way
Union Bridge, MD 21791 US
Mobile: 301-346-3221
Day Phone: 301-796-6677
Email: john.verbeten@fda.hhs.gov

| | | |
|---|---|---|
| **Work Experience:** | US Food & Drug Administration<br>21420 Parklawn Dr<br>ELEM 3109<br>Rockville, MD   20857 United States | **Series: 0696 Pay Plan: GS Grade: 14** |

**10/2012 - Present**
**Hours per week: 40**
**Director, DIO Program Development & Implementation Branch (This is a federal job)**
**Duties, Accomplishments and Related Skills:**
Branch Director, Division of Import Operations, Program Development & Implementation Branch.

With the ORA Headquarters Reorganizing in October 2013, my previous Branch was split into two Branches. These two Branches are responsible for conducting the same operations as my previous Branch. I was asked to become the Branch Director for the Program Development & Implementation Branch.

I am responsible for all work products generated by the Branch. This includes:
• Issuance and maintenance of guidance to the field including Regulatory Procedures Manual and Investigations Operations Manual;
• Development of DIO and ORA Field Import procedures;
• New Regulatory/Statutory program development (FSMA, FDASIA, etc.);
• Development and implementation of investigational processes (including hand held tools);
• CBP joint procedure/process/program development;
• Issuance and maintenance of training materials to FDA Import Staff;
• Congressional inquiries, press inquiries, and GAO studies

I manage a group of 16 CSOs and manage the workload for the Branch. I review incoming work assignments for applicability to the Branch and assigned to Branch CSOs based upon individual expertise, availability, and current workload. I identify Import Program areas in need of process/guidance development and assign to staff.

I establish operational plans and objectives for the Branch and assign responsibility. I provided professional guidance and counsel for the resolution of issues associated with import program activities. I review and approve/disapprove recommendations regarding import operational changes or development, and the content of material proposed for distribution to the field.

I conduct performance evaluations for all Branch staff, at designated review periods and also via bi-weekly one-on-one meetings with staff members. I conduct bi-weekly Branch meetings for all staff, to ensure open lines of communication and a forum to address issues or concerns, and to answer any questions from the Staff. I serve as a mentor for my Staff members, instructing them on applicable FDA and CBP laws and regulations, as well as Agency policy and processes related to FDA's Import Program. I ensured Individual Development Plans were established, and then worked with the staff to ensure appropriate opportunities for education and growth were made available.

I provide guidance, counsel, and direction to Branch staff in the coordination between field and center import programs and the development of import assignments, compliance programs and enforcement policies, as well as between FDA and U.S. Customs and Border Protection in the areas of policies, procedures, and operations. I perform quality audits on the final work products of the Branch members; evaluating the work products for completeness and adherence with Agency procedures and policy. Branch work products are approved by me before moving forward for further review. I ensure changes to existing policy and the development of new policy are reviewed at the appropriate levels within the Agency.



GOVERNMENT EXHIBIT
C

I am the workgroup lead for the Entry Admissibility Workgroup under the Import Operations Strategic Plan. I conduct regular status meetings to address issues and help move various projects towards completion, ensuring projects either align with current Agency policy, or work with appropriate ORA/OC components to establish new policy where needed. The workgroup is comprised of ORA headquarters personnel, ORA field personnel, Center personnel, and CBP personnel; and is responsible for an overall assessment of Import Operation processes and procedures, and developing new guidance/procedures and/or amending existing guidance/procedures as needed.

I attend high level policy and planning conferences as a technical expert regarding Import activities, import policies, and import procedures. I am a member of the ACRA's Import Advisory Council and the Import Steering Committee.

I am a member of the Import Investigator Certification workgroup and the Course Advisory Groups for the FDA Import Operations & Entry Review and the Advanced Import Investigations courses. Working with DHRD, we have begun a program for an assessment of ORA's overall Import Investigator training curriculum, looking to expand Import CSO training to utilize blended learning tools, and ensure the Import CSO training aligns with the Import Investigator Job Task Analysis results.

I provide counsel to FDA Regional and District Directors, and their staff, as well as Center personnel in all matters relating to import operations.

I respond to requests from regulated industry, other organizations, and the general public, giving appropriate information in accordance with FDA and ORA guidelines and policy.
Supervisor: Domenic Veneziano (301-796-6673)
**Okay to contact this Supervisor: Yes**

**US Food & Drug Administration**                         Series: 0696 Pay Plan: GS Grade: 14
12420 Parklawn Dr
ELEM 3109
Rockville, MD  20857 United States

**01/2008 - 09/2012**
Hours per week: 40
Director, DIOP Operations and Policy Branch (This is a federal job)
Duties, Accomplishments and Related Skills:
Branch Director, Division of Import Operations and Policy, Operations and Policy Branch.

I was responsible for all work products generated by the Branch. This included new guidance documents and revisions to previously issued guidance, assignments to FDA field offices, correspondence to other government agencies and to regulated industry, new Import Alerts and revisions to Import Alerts, and other guidance/policy documents.

I managed a group of up to 17 CSOs and manage the workload for the Branch. I reviewed incoming work assignments for applicability to the Branch and assigned to Branch CSOs based upon individual expertise, availability, and current workload.

I established operational plans and objectives for the Branch and assigned responsibility. I provided professional guidance and counsel for the resolution of issues associated with Import program activities. I reviewed and approved/disapproved recommendations regarding the content of material proposed for distribution to the field. I also reviewed and approved/disapproved recommendations from the field or the Branch concerning import operations.

I conducted performance evaluations for all Branch staff, at designated review periods and also via bi-weekly one-on-one meetings with staff members. I also conducted bi-weekly Branch meetings for all staff, to ensure open lines of communication and a forum to address issues or concerns, and to answer any questions from the Staff. I served as a mentor for my Staff members, instructing them on applicable FDA and CBP laws and regulations, as well as Agency policy and processes related to FDA's Import Program. I ensured Individual Development Plans were established, and then worked with the staff to ensure appropriate opportunities for education and growth were made available.

I provided guidance, counsel, and direction to DIOP Operations and Policy Branch staff in the coordination between field and center import programs and the development of import assignments, compliance programs and enforcement policies, as well as between FDA and U.S. Customs and Border Protection in the areas of policies, procedures, and operations. I performed quality audits on the final work products of the Branch members; evaluating the work products for completeness and adherence with Agency procedures and policy. Inadequate work was returned with guidance to employees for revision.

I am the workgroup lead for the Entry Admissibility Workgroup under the Import Operations Strategic Plan. I conduct regular status meetings to address issues and help move various projects towards completion, ensuring projects either align with current Agency policy, or work with appropriate ORA/OC components to establish new policy where needed. The workgroup is comprised of ORA headquarters personnel, ORA field personnel, Center personnel, and CBP personnel; and is responsible for an overall assessment of Import Operation processes and procedures, and developing new guidance/procedures and/or amending existing guidance/procedures as needed.

I attended high level policy and planning conferences as a technical expert regarding import activities, import policies, and import procedures.

I provided counsel to FDA Regional and District Directors, and their staff, as well as Center personnel in all matters relating to import operations.

I responded to requests from regulated industry, other organizations, and the general public, giving appropriate information in accordance with FDA and ORA guidelines and policy.

I served as a member of the Import Investigator Certification Board.

I served as a member of the course advisory group for the FDA Import Operations & Entry Review and the Advanced Import Investigations courses.
Supervisor: Domenic Veneziano (301-594-3852)
Okay to contact this Supervisor: Yes

**US Food & Drug Administration**                          Series: 0696 Pay Plan: GS Grade: 13
Rockville, MD   United States

10/2003 - 01/2008
Salary: 82,000.00  USD Per Year
Hours per week: 40
Consumer Safety Officer (This is a federal job)
Duties, Accomplishments and Related Skills:
Staff member for the Division of Import Operations and Policy, in the Operations and Policy Branch.

Independently performed additions/removals/changes to import alerts and bulletins, evaluating submissions for completeness and correctness. In adding firms/products to detention without physical examination status, I evaluated the evidence provided by laboratories and compliance officers to determine if the submissions meet evidential and procedural requirements, if necessary forwarding to the appropriate FDA center for review. In removing firms/products from detention without physical examination status, I evaluated the evidence provided to determine if the underlying cause of the violations has been corrected.

Provided assistance and guidance to field investigators, compliance officers and District management for ongoing cases; requiring me to possess and apply knowledge of FDA procedures, evidence development, and in cases where CBP actions are indicated, knowledge of CBP laws, regulations, and procedures.

Prepared correspondence either for my signature or for issuance by higher authorities in response to inquiries from consumers, industry, other government agencies, or from members of congress. This correspondence requires understanding and application of FDA procedures and policies, and their practical applications, in order to relate information to non-FDA personnel clearly and

concisely.

Evaluated and prepared FDA responses to petitions for relief in cases where FDA has initiated bond actions against importers and/or consignees. This evaluation requires me to possess and apply knowledge not only of FDA laws and procedures but also of Customs and Border Protection laws, regulations, and mitigation procedures.

DIOP point of contact for the Operation Safeguard Mail Blitzes. Provided coordination between CBP, the ACRA's office, and the accomplishing FDA districts. Provided guidance to the field offices regarding the conduct of the blitzes and developed the tracking system for use in the operations; also coordinated with DIOP Systems Branch to prepare the final summary for the blitzes.

Participated in the Certification Visioning Meeting for both Compliance Officer Certification and Import Investigator Certification. Member of the Import Investigator Certification Board.

Instructor for the FDA Import Operations & Entry Review course and the Advanced Import Investigations course. Member of the course advisory group for the above two courses. Member of the Import Field Committee's Training Subcommittee. The Training Subcommittee is tasked with evaluating existing courses, suggesting and implementing changes as required, and working with DHRD to ensure training is provided effectively and efficiently.

**Supervisor:** Domenic Veneziano (301-594-3862)
**Okay to contact this Supervisor:** Yes

US Food & Drug Administration             **Series:** 1862 Pay Plan: GS **Grade:** 10
Bensenville, IL   United States

10/1998 - 10/2003
Hours per week: 40
**Consumer Safety Inspector** (This is a federal job)
**Duties, Accomplishments and Related Skills:**
Consumer Safety Inspector, Chicago District, O'Hare Resident Post.

I performed examinations, field tests and sample collections of FDA-regulated products offered for entry into the US. I evaluated information and applied FDA law, regulations and regulatory policy to determine appropriate courses of action.

I independently performed entry review of all types of goods offered for entry, requiring me to understand and apply the laws and regulations of the agency to a wide variety of imported commodities and parties responsible for these articles.

I independently performed filer evaluations, verifying the accuracy of data declared to FDA and recommending further actions when warranted.

I performed limited inspections of domestic firms, focusing on adherence to seafood HACCP regulations and food sanitation principles.

I was consistently the group leader in the number of import field operations conducted, number of import products detained, and number of regulatory actions taken.

I trained new investigators in import operations, created training materials and devising training exercises for new hires. I was a part of the District CT New Hire training group, specializing in field examinations. I was a member of the national Basic Import Operations Course training cadre.

In 2001 I was named FDA's Inspector of the Year, and also received the FDA Outstanding Service Award.
**Supervisor:** Stephen D. Eich (630-860-1307 x101)
**Okay to contact this Supervisor:** Yes

**Education:**     University of Wisconsin - Parkside Kenosha, WI  United States
Bachelor's Degree 06/2001

GPA: 3.30 of a maximum 4.00
Credits Earned: 77 Semester hours
Major: Management Information Systems

Washington Park High School Racine, WI United States
High School or equivalent 06/1986

University of Texas - San Antonio San Antonio, TX United States
Some College Coursework Completed
GPA: 2.55 of a maximum 4.00
Credits Earned: 61 Semester hours

Gateway Technical College Kenosha, WI United States
Some College Coursework Completed
GPA: 3.42 of a maximum 4.00
Credits Earned: 9 Semester hours

| | |
|---|---|
| **Job Related Training:** | Practical Compliance Applications for Imports (IM213) - August, 2008<br>Personnel Practices for ORA Supervisors and Managers (MG308) - July, 2008<br>Supervisory Potential Course - October, 2005<br>Import Enforcement (MP3001) - September, 2002<br>FDA Law and Evidence Development (MP1001) - July, 2002<br>OASIS Investigational Activities Train-the-Trainer (SS1013) - April, 2002<br>Basic Import Operations (MPA3011) - July, 1999 |

**References:**

| Name | Employer | Title | Phone | Email |
|---|---|---|---|---|
| Eric Mueller (*) | US Food & Drug Administration | Consumer Safety Officer | 402-331-8536 x16 | eric.mueller@fda.hhs.gov |
| Joseph McCaillon (*) | FDA, Retired | | 301-990-1455 | fda.import.antiquarian@comcast.net |
| Gerald Berg (*) | US Food and Drug Administration | District Director - Minneapolis District | 612-758-7124 | gerald.berg@fda.hhs.gov |

(*) Indicates professional reference

| | |
|---|---|
| **Additional Information:** | Course Advisory Group Member and Instructor: Advanced Import Operations Course<br>Course Advisory Group Member and Instructor: Import Operations and Entry Review Course<br>Import Investigator Certification Board Member<br><br>2001 - FDA Inspector of the Year Award<br>2001 - FDA Outstanding Service Award<br>1997 - FDA Outstanding Achievement Award<br>1994 - Southwest Region Support Staff of the Year Award |

CAPT D. Veneziano
PHS No. 62840
Program Management Officer

March 8, 2014
Engineer Officer

Page 1 of 18

# CURRICULUM VITAE
## CAPT DOMENIC J. VENEZIANO

### EDUCATION:

05/1990    Bachelor of Science, Civil Engineering
           University of Maine
           Orono, ME 04469

05/1988    Associate of Science, Civil Engineering Technology
           University of Maine
           Orono, ME 04469

### PROFESSIONAL TRAINING/CERTIFICATION(S):

➢ Federal Executive Leadership Program:        2007
➢ FDA Leadership Development Program:          2001 - 2003
➢ FDA Medical Device Certification:            2001
➢ FDA Medical Device Auditing Certification:   1998

### EXPERIENCE:

#### Food and Drug Administration

**Office of Regulatory Affairs / Office of Operations / Division of Import Operations**
Rockville, MD

**March, 2005 – PRESENT**

**Division Director, (Rank: O-6 / Billet Level: O-6)**

➢ Major Duty # 1:  To protect public health of the US by preventing the importation of all FDA regulated products that may cause death or serious injury and help expedite shipments that enhance Public health.

Accomplishments and Impacts:
1. Represented the Agency on The Border Interagency Executive Council and the International Trade Data System taskforce of the White House.
2. Protected public health by placing thousands of firms on import alerts (IA) in thereby, preventing the importation of products that appeared to be violative and may have caused a public health emergency to humans or animals.
3. Evaluated hundreds of petitions to determine whether the appropriate corrective actions were taken to assure that future shipments will meet the laws and regulations of the FDA. This resulted in over hundreds of firms coming into compliance and producing compliant products.
4. Developed and implemented the FDA's Import Operations Strategic Plan, which created a new import paradigm built on the concept of the life-cycle of an imported product and focused on Prevention intervention and response.
5. Provided the leadership & guidance to develop and implement FDA's new IT systems to improve the efficiency, effectiveness and uniformity of import operations.  This includes a new risk-based targeting system for imported products called PREDICT, a system to receive documents from the industry and improve communications called ITACS & new import case management system (CMS). These systems will help bring the imports program into 21st


GOVERNMENT EXHIBIT
D

CAPT D. Veneziano                    March 8, 2014                    Page 2 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

century and will allow field investigators to focus their efforts on imports that
pose the greatest risk to public health.

6. Issue Import Alerts to prevent the importations of products that are in violation
   of FDA laws and regulations and have caused significant health related issues
   to people and animals, examples include Heparin contamination and the
   Salmonella Saintpaul outbreak, which caused the death of many.
7. Issue Import Bulletins and assignments to the field in order to advise them of
   emerging issues related to products warranted to help safe guard public health
8. Assisted NASA in facilitating the importation of food products from the Japan
   Aerospace Exploration Agency (JAXA) for the international Space Station
   program.

➢ Major Duty # 2: I command 2 branches and have direct supervision of 36 individuals
consisting of Commissioned Officers (CAPT – LCDR) and Civilian personnel.  I provide
them with leadership, direction and guidance to perform their duties and to succeed in
their careers.

Accomplishments and Impacts:
1. Staff members are given the tools and training that they need to succeed.
2. Import Staff member selected to help start up the Tobacco Institute for the FDA
3. LCDR Smith, of my staff, served on a humanitarian mission with the US Navy.
4. Provide mentorship and support to all CO in deployment and career
   opportunities.

➢ Major Duty # 3: In addition to my own staff, I also provide leadership, guidance and set
policy to approximately 1400 investigators covering over 359 ports of entry across the
Country and advise all departments and offices within the FDA on issues related to
import operations.

Accomplishments and Impacts:
1. Brief the Commissioner and Associate Commissioner of the Office of
   Regulatory Affairs on an on going bases related to Import Operations,
   including new opportunities such as import user fees.
2. Lead the development and implementation of the import provisions of the
   Food Safety Modernization Act legislation and other provisions that impacted
   or were dependent on imports.
3. Conduct monthly conference calls with field offices to keep them informed
   and to allow them to express any questions or concerns related to imports.
4. Attend monthly phone calls with industry associations to improve
   communication and keep updated with any FDA related import issues

➢ Major Duty # 4:  Testify and brief Congress, brief the GAO, make formal presentations,
testify in criminal cases, conduct interviews for the media, and provide technical
assistance on new legislations.

Accomplishments and Impacts:
1. Throughout FY11 and FY12, assisted Canadian Food Inspectional Agency
   and the Health Canada in implementing new systems, regulations, and
   operations related to products imported into Canada.  This will help protect
   all consumers  throughout north America by harmonizing and sharing
   information more effective of products that may cause death or serious injury
2. In FY2012, worked with the Food and Agriculture Organization (FAO) of the
   United Nations to develop a manual on controlling the importation of food into
   developing countries to ensure that the food will be safe and nutritious for the
   individuals in a country.

CAPT D. Veneziano     March 8, 2014        Page 3 of 18
PHS No. 62840       Engineer Officer
Program Management Officer

3. Played an integral role in the implementation of the National Strategy for Global Supply Chain Security issued by President Obama in January of 2012, the Pathway to Global Product Safety and Quality issued by Commissioner Hamburg in July 2011, the Import Safety Action Plan that was established per Executive Order by the President Bush in 2007.
4. Provided expert testimony under oath to the United States Congress related to the importation of food shipments into the United States
5. Testified in criminal cases involving the submission of false data under the Bioterrorism Act, the illegal importation of Human Growth Hormone, and medical devices being tested on human subjects without approval.
6. Provided technical assistance and language associated with many new legislations including the User fee legislation and the Food safety Modernization Act (FSMA)

## Food and Drug Administration

### Office of Regulatory Affairs / Office of Regional Operations / Prior Notice Center
Reston, VA

**November, 2003 – March, 2005**

**Division Director, (Rank: 0-5 /Billet Level: O-6) (Supervisory)**

➤ Major Duty # 1: To create and direct the first 24/7/365 office within the Food and Drug Administration that will help protect public health by enforcing the Prior Notice provisions of the Bioterrorism Act of 2002 and prevent the arrival of any food shipment that poses a significant health risk due to terrorism or any other food-related emergency.

  Accomplishments and Impacts:
1. Recognized by the Commissioner of the Food and Drug Administration, Dr. Andrew C. von Eschenbach, and the Associate Commissioner for Regulatory Affairs, Margaret O`K Glavin, in a Letter of Acknowledgement for bringing visibility to the FDA's Imports Program and the making the Prior Notice Center a success
2. Letter of Appreciation from the Assistant Surgeon General, RADM Linda Tollefson, for helping to accomplish the mission of the US Public Health Service Commission Corp, specifically, establishing a 24/7 satellite office and work with the OFDA's Response Management Team
3. Established a 24/7 emergency coordination office, in support of Hurricane Katrina, and deployed the appropriate staff to ensure FDA regulated humanitarian relief supplies imported from countries around the world were safe and effective and expedited into the U.S.
4. Established the Prior Notice Center (PNC) and trained hundreds of individuals from across the country to enable the PNC to become fully operational on a 24/7 basis by the December 12, 2003 date mandated by Congress.

➤ Major Duty # 2: Provide leadership, direction and guidance to 36 Commissioned officers and Civilians on how to carry out their duties and to succeed in their careers and deploy resources from the 19 field offices nation-wide, including over 9500 Customs and Border Protection officers, to assure that any imported food shipment that poses a significant health risk due to terrorism or any other food-related emergency is inspected and sampled before it is accepted into the country.

CAPT D. Veneziano                    March 8, 2014                      Page 4 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

> Accomplishments and Impacts:
>  1. Developed an expansive professional network between the FDA and Customs and Border Protection (CBP) personnel to leverage resources by collaborating and directing field personnel to hold and examine over 20 shipments for potential Bioterrorism.
>  2. The PNC responded to over 20,430 educational outreach activities via phone and email to CBP and the public by providing information, explaining the Prior Notice requirements of the interim final rule, and guiding submitters through the Prior Notice System Interface (PNSI).
>  3. The PNC conducted over 33,000 intensive review of PN submissions out of 6,294,821 PN submissions to the FDA in order to intercept contaminated products before they enter U.S. food supply. These efforts maintain, secure, and protect the nation's food supply from any possible bioterrorism threat or the potential of significant risk to public health without negatively affecting the flow of trade.

➤ Major Duty # 4: Build coalitions with other federal agencies to utilize resources to help secure the borders of the United States and aid in the prevention of a terrorist attack, thereby assisting each agency in achieving its specific mission.

> Accomplishments and Impacts:
>  1. Attended my first Trilateral Cooperation meeting in Mexico and successfully introduced imports as a vital operation that all three countries (Mexico, Canada, and United States) can explore to identify areas that we can share information and work collaboratively on that are of mutual interest.
>  2. Permanent member of the Trilateral Cooperation Committee. Its purpose is to increase communication, collaboration, and the exchange of information among the three countries in the areas of drugs, biologics, medical devices, food safety, and nutrition to protect and promote human health.

## Food and Drug Administration

**Office of Regulatory Affairs / Northeast Region / New England District Office / Investigations Branch**
Stoneham, MA

**October, 1998 – November, 2003**

**Supervisory Consumer Safety Officer, (Rank: 0-5 /Billet Level: O-6) (Supervisory)**
**Supervisory Regulatory Operations Officer (Rank: O-5/Billet Level: O-5) (Supervisory)**

➤ Major Duty # 1: Formulate Long-range work plans and establishes short-range work plans for the Medical Device team and Import operations. Advises the Director of Investigations Branch on the resources required accomplishing these plans. Make decisions on reassigning personnel to other supervisors to meet the district objective.

> Accomplishments and Impacts:
>  1. Developed both long and short term work plans, which allowed the office to meet all of its deadlines and ensured the efficient utilization of staffing resources.
>  2. Achieved Medical Device certification with the FDA.
>  3. Selected as the Supervisory Investigator of the Medical Device Division of the New England District Office
>  4. Selected to be the Y2K Coordinator for the New England District and successfully prepared the District, the region, and our state counterparts in the event of an emergency.

CAPT D. Veneziano     March 8, 2014      Page 5 of 18
PHS No. 62840       Engineer Officer
Program Management Officer

> Major Duty # 2:  Supervise a group of Consumer Safety Officers, GS-12 through GS-13 and Commissioned Officers O-5 through O-6. Evaluates the performance of his subordinates, provides counseling and resolves problems when appropriate.  Recommend awards, makes recommendations for personnel actions and administer to employee career development needs.  Assumes the duties of the Branch Director with full responsibilities of that position.

> Accomplishments and Impacts:
> 1. Selected as a cadre member of the New Hire Training Program Cadre.  This cadre plays a major role in the development of newly hired employees by providing them with a better understanding of FDA's policies and procedures related to the gathering, development, and documentation of evidence and how it is used to support regulatory and administrative actions.
> 2. Placed an individual on a Performance Improvement Plan (PIP) and provided the appropriate counseling to improve their working performance to a satisfactory level.

> Major Duty # 3: Conduct on-site investigations and Quality Assurance reviews to evaluate individual capabilities, practices, training needs, and significant problems confronting subordinate personnel and to maintain technical expertise. Conducts technical reviews of establishment inspection reports of subordinates and endorses them with the appropriate enforcement action.

> Accomplishments and Impacts:
> 1. Established and implemented the Medical Device "About Time" initiative, which allowed the New England District to visit a greater number of medical device firms and also created a more accurate Official Establishment Inventory (OEI)
> 2. Became the first in the New England District and only the second FDA staff member to successfully pass the Medical Device Certification Audit Program and become certified.
> 3. Nominated for the Ian K. Burgess Outstanding Young PHS Engineer Award for superior performance in the accomplishments of assigned duties.

**Food and Drug Administration**

**Office of Regulatory Affairs / Northeast Region / New England District Office / Investigations Branch**
Stoneham, MA

**February, 1992 – October, 1998**

**Consumer Safety Officer, (Rank: O-3/Billet Level: O-4) (Non-supervisory and Supervisory)**

> Major Duty # 1: Enforce the Food Drug & Cosmetic Act, specifically in the Medical Device area, by performing investigations that are considered to be the most complex, identifying and documenting violations of the law, collecting evidence, conducting interviews, establishing individual responsibilities and presenting the investigational findings in a comprehensive report, within time frames and in accordance to procedures.

> Accomplishments and Impacts:
> 1. Selected to be the Acting Supervisor of the Drug and Biologic Team in the New England District Office
> 2. Selected to be the Team Leader of the Medical Device Division of the New England District Office.
> 3. Conducted presentations related to the operations of the Medical Device Regulations.
> 4. Performed overseas medical device inspections to ensure that the products that are shipped to the U.S. are manufactured according to the regulations.

CAPT D. Veneziano                    March 8, 2014                         Page 6 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

5. Providing training, on advanced subject matter, specifically related to the Medical Device Industry and to provide newly hired investigators the training needed to conduct investigations.

**Collateral Duties Held/Temporary Duty Assignments:**

**Food and Drug Administration**

**Office of Regulatory Affairs / Office of Operations**
Rockville, MD

**December 1, 2012 – May, 2013**

**Director, Office of Enforcement and Import Operations (Rank: O-6 / Billet Level: O-7) (Office Director)**

➢ Assignment Duty # 1: Serve as an expert for all enforcement cases within the ORA and import operations. Provides staff leadership and direction in all matters and activities related to the planning development and administration of policies and programs for FDA's enforcement and compliance activities and import operations.

Accomplishments and Impacts:
Provide leadership to the newly formed OEIO to ensure its smooth transition and improve its communication and operational procedures. Provide direction on the appropriate actions needed to be taken based upon supporting evidence. Provide strategic guidance and solutions on implementing new policies and procedures that will aid the Agency in moving to a global environment.

**Food and Drug Administration**

**Office of Regulatory Affairs / Office of Regional Operations**
Rockville, MD

**March, 2005 – October 2012  Various times**

**Office Director, ORO (Rank: O-6 / Billet Level: O-7) (Office Director)**

➢ Assignment Duty # 1: Principal advisor to and spokesperson for the Associate Commissioner of Regulatory Affairs (ACRA), provides staff leadership and direction in all matters and activities related to the planning development and administration of policies and programs for FDA's nationwide field and international inspectional operations.

Accomplishments and Impacts:
Oversaw the day-to-day operations of the Office of Regional Operations, briefed the ACRA and her office with ongoing issues related to field operations and issues that impacted the public health of the United States.

CAPT D. Veneziano                    March 8, 2014                    Page 7 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

## Food and Drug Administration

### Office of Regulatory Affairs / Office of Regional Operations
Rockville, MD

### April 2011 -- July 2011

### Deputy Director, ORO (Rank: O-6 / Billet Level: O-7) (Office Director)

> Assignment Duty # 1: Participates fully with the Director of ORO in planning, developing, implementing, administering, managing, and directing the FDA's broad national and international policies and programs that are conducted and executed by the Agency's nationwide field organization.

>> Accomplishments and Impacts:
>> Assisted the Director of ORO in handling issues associated with all areas covered by the ORO and briefed the ACRA's office on issues that impact public health or violations of FDA laws and regulations.

## Food and Drug Administration

### Office of Regulatory Affairs / Northeast Region / New England District
San Juan, PR

### October 2008

### District Director, (Rank O-5/Billet Level: O-6) (Supervisory)

> Assignment Duty # 1: Provide leadership, direction, guidance, and oversight to the New England District Office, which has over 100 employees and is composed of an Investigations, Compliance, and Administrations Branch.

>> Accomplishments and Impacts:
>> 1. Oversaw the day-to-day operations of protection the public health of the 6 New England States by enforcing the laws and regulations of the Food and Drug Administration.
>> 2. Advised the Northeast Regional Director of all issues related to operations within the New England District Office.

## Food and Drug Administration (Conducted under FDA Leadership Program)

### Office of the Commissioner / Office of Financial Management
Rockville, MD

### February, 2003 – March, 2003

### Budget Analyst, (Rank: 0-5 /Billet Level: O-6) (Supervisory)

> Assignment Duty # 1: Planning, organizing, and carrying out annual and multi-year budgeting in support of nationwide public health protection programs administered by FDA.

>> Accomplishments and Impacts:
>> 1. Prepared multi-year budgeting for the FDA
>> 2. Conducted strategic planning for the FDA

CAPT D. Veneziano
PHS No. 62840
Program Management Officer

March 8, 2014
Engineer Officer

Page 8 of 18

> Assignment Duty # 2: Prepare the briefing book for the Commissioner of FDA in preparation for Appropriation Hearings, provide responses to Congressional Inquiries, and advise management throughout the agency on formulation and presentation of appropriated funds.

Accomplishments and Impacts:
1. Prepared briefing book which was used by the Commissioner, FDA
2. Book ensured consistent reporting of FDA data

## Food and Drug Administration (Conducted under FDA Leadership Program)

**Office of Regulatory Affairs / Southeast Region / San Juan District**
San Juan, PR

**November, 2002 – December, 2002**

**District Director, (Rank: O-5 /Billet Level: O-6) (Supervisory)**

> Assignment Duty: Provide executive leadership, direction, and guidance to the San Juan District Office, which has over 70 employees and is composed of an Investigations, Compliance, and Laboratory Branch. I was responsible for overseeing a work-force engaged in establishment inspections, chemical and microbiological analyses; implementation of special programs; and administrative, clerical, and sub-professional support activities.

Accomplishments and Impacts:
1. Oversaw the day-to-day operations of the district and assessed its operations. I made executive decisions and implemented changes, which increased the district's efficiency and effectiveness and increased the public health of the Commonwealth of Puerto Rico and the US Virgin Islands.
2. Provided guidance to Branch Directors and their subordinates on procedures that would make their divisions more effective in meeting timeframes, utilizing resources, handling inspectional issues and needs, and meeting the requirements of the Collective Bargaining Agreement.
3. Attended meetings with Industry to remind them of the importance of complying with the laws and regulations of the Agency and the repercussions that could result from continued non-compliance. I provided guidance, attended and gave presentations to special focus groups, such as the Health Fraud Task Force and the Pharmacy Industry Association.
4. Reported directly to the Regional Food and Drug Director of the Southeast Region providing him with a weekly update on important issues and cases that were on-going. Provided the RFDD an FY-02 accomplishment report, as well as, an overall assessment of the District, its needs, and suggestions that could be implemented in order to accomplish the goals of the Agency.