# Exhibit 1

## (Part 3 of 5)

CAPT D. Veneziano            March 8, 2014                   Page 9 of 18
PHS No. 62840                Engineer Officer
Program Management Officer

**Food and Drug Administration** (Conducted under FDA Leadership Program)

**Office of Regulatory Affairs / Central Region / Chicago District Office / Investigations Branch**
Chicago IL

**September 2002 – October 2002**

**Director Investigations Branch, (Rank: O-5/Billet Level O-5) (Supervisory)**

> **Assignment Duty:** Responsible for the interpretation of established operating policies and procedures dealing with all inspection operations conducted by the District. Assure the effective deployment and utilization of assigned resources and for providing the leadership, guidance, and technical direction necessary for full and effective program accomplishments.

    Accomplishments and Impacts:
1. Relocated the District Office and assured that personnel were kept informed on the status of the move and had the supplies and office space necessary to complete their jobs and continue to assure the public health protection.
2. Worked with the supervisors to ensure that resources were effectively directed to accomplish all of the districts goals.
3. Worked with all supervisors to ensure that they developed a work plan for all program areas and provided guidance on how to perform this function more effectively in the future.
4. Evaluated quality assurance data to determine trends and provided recommendations to correct and prevent all quality issues that were found.
5. Provided guidance on collecting evidence which was needed in order to pursue appropriate regulatory action.

**Food and Drug Administration** (Conducted under FDA Leadership Program)

**Center of Device and Radiological Health / Office of Compliance / Division of Enforcement III**
Rockville, MD

**June, 2002 – July, 2002**

**Deputy Division Director, (Rank: 0-5 /Billet Level O-6) (Supervisory)**

> **Assignment Duty:** Responsible for overseeing the operations of The Division of Enforcement III, which consists of three specialty braches, Cardiovascular and Neurological Devices, Electronic Products, and Orthopedic, Physical Medicine, and Anesthesiology, and assisting the Director in the day-to-day operations of the Division.

    Accomplishments and Impacts:
1. Reviewed, approved, and issued many out-going correspondence such as: Warning letters, Import Alert recommendation, variance request for lasers, disapproval letters, compliance policy changes and concept papers to ensure that they were consistent with current policy and contained sufficient documentation to support the recommended action.
2. Attended several meetings with industry as the DOE III representative. It required intensive research to understand the laws and regulations of specific issues that were raised by industry and to make accurate decisions based on those laws and regulations.
3. Directed the Branch Chiefs of each division and assisted the Director in the day-to-day operations of the Division.

CAPT D. Veneziano                    March 8, 2014                       Page 10 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

4. Advised the Division Director of all on-going activities related to the Cardiovascular and
   Neurological Devices, Electronic Products, and Orthopedic, Physical Medicine, and
   Anesthesiology branches.

**Food and Drug Administration** (Conducted under FDA Leadership Program)

**Office of Regulatory Affairs / Office of Regional Operations / Division Field Investigations / International Operations Branch**
Rockville, MD

**July, 2002 – August, 2002**

**Branch Director, (Rank: 0-5 /Billet Level: O-6) (Supervisory)**

➢ Assignment Duty: Oversee the Agency's International inspection program and provide executive
   leadership, guidance and direction to a staff that is scheduling and providing logistical operations for
   international inspections.

   Accomplishments and Impacts:
   1. Assured that all logistical information was prepared within the appropriate time lines and
      were designed to provide the best options for the investigator.
   2. Advised the Division Director of all issues related to the personnel and inspections being
      conducted and the regulatory actions that were being recommended.

**Food and Drug Administration** (Conducted under FDA Leadership Program)

**Office of Regulatory Affairs / Office of Regional Operations / Division Field Investigations / Domestic Operations Branch**
Rockville, MD

**March, 2002 – May, 2002**

**Branch Director, (Rank: 0-5 /Billet Level: O-6)**

➢ Assignment Duty: Responsible for providing field and HQ offices with investigational
   program direction, evaluation of training and other field-wide support needs.  My duties
   included, overseeing the operations of subject experts and support personnel providing
   them with guidance and direction to develop, recommend, and implement policies and
   procedures needed to carry out functional responsibilities, handling of personnel actions
   and providing recommendation for the selection of new employees.

   Accomplishments and Impacts:
   1. Developed and implemented a "radiation pager program" for our import
      personnel to assure that any exposure to import entries with radioactive
      material does not go undetected.  These radiation pagers have been
      distributed to and used by FDA personnel at various border locations.
   2. Evaluated the EU Certificate Program, which is a national program that
      lacked uniformity and guidance and had many political issues that needed to
      be addressed.  I develop a national procedure that all districts would follow.
   3. Responded to congressional inquiries, oversaw the operations of eight (8)
      subject matter experts and one (1) support personnel and providing them
      with guidance and direction to develop, recommended, and implemented
      policies and procedures needed to carry out functional responsibilities,
      handling of personnel actions and providing recommendation for the
      selection of new employees.

CAPT D. Veneziano                 March 8, 2014                Page 11 of 18
PHS No. 62840                     Engineer Officer
Program Management Officer

    4. Advised the Division Director of all issues related to high profile domestic inspections that were classified as violative and provided guidance to a field staff of over 1200 investigators.

## Food and Drug Administration

**Office of Regulatory Affairs/Northeast Region/New England District Office/Compliance Branch**
Stoneham, MA

**June, 2000 – July, 2000**

**Branch Director, (Rank: 0-4 /Billet Level: O-6) (Supervisory)**

➢ Assignment Duty: Responsible for the technical and administrative supervision of all Compliance Branch employees (including support staff) involving work assignment and reviews as well as administrative and personnel management functions.

    Accomplishments and Impacts:
    1. Managed the District's entire compliance function which included reviewing and evaluating evidence for compliance, upholding court-ordered actions, issue warning letters, etc.

    2. Managed the District's import investigations and compliance operations including performance goal/work plan obligations, refusals, detentions without physical examination recommendations, and submission to enforcement actions.

    3. Issued Warning Letters and other correspondence to regulated industry. Answered inquiries from other Federal, State, or local agencies, foreign missions and industry regarding interpretations of Agency-enforced laws and regulations.

    4. Advised cooperative officials on interpretation of Federal laws, regulations, and enforcement policies, and providing consultation relative to joint regulatory approaches.

## FOREIGN DUTY ASSIGNMENTS:

| | | |
|---|---|---|
| 10/3-24/1997 | Inspection of Medical Device Manufacturers | Denmark, Switzerland |
| 11/29-12/21/1996 | Inspection of Medical Device Manufacturers | England, Ireland, Scotland |
| 02/02-23/1996 | Inspection of Medical Device Manufacturers | Italy, Germany, France |
| 07/05-28/1995 | Inspection of Medical Device Manufacturers | England, Italy |

## AWARDS and HONORS:

**PHS Commissioned Corps Honor Awards:**

➢ Public Health Service Commendation Medal (CM), (2001)
➢ Public Health Service Commendation Medal (CM), (2 in 2000)
➢ Public Health Service Citation, (1998)
➢ Public Health Service Foreign Duty Award, (1998)
➢ Public Health Service Citation, (1997) (1998)
➢ Public Health Service Achievement Medal (AM), (1995)

CAPT D. Veneziano                    March 8, 2014                    Page 12 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

**Other Honor Awards:**
- FDA Group Recognition Award, (2009)
- FDA's Commissioner's Special Citation, (2009)
- FDA, Center of Drug Evaluation and Research's Special Recognition Award, (2008)
- FDA Group Recognition Award, (2008)
- FDA's Commissioner's Special Citation, (2008)
- FDA Group Recognition Award, (2006)
- FDA Leveraging / Collaboration Award, (2006)
- DHHS Secretary's Award for Distinguished Service, (2005)
- FDA Group Recognition Award, (2005)
- FDA's Commissioner's Special Citation, (2004)
- FDA Leveraging / Collaboration Award, (2004)
- FDA Group Recognition Award, (2004)
- FDA Equal Opportunity Achievement Award, (2000)
- Nominated for the Ian K. Burgess Outstanding Young PHS Engineer Award, (1998)
- FDA Special Service Award, (1996)
- FDA Equal Opportunity Achievement Award, (1995)
- FDA Group Recognition Award, (1993)

**PHS Commissioned Corps Service Awards:**
- Public Health Service Outstanding Service Medal (OSM), (2008)
- Public Health Service Outstanding Unit Commendation (OUC), (2007)
- Public Health Service Crisis Response Service Award, (2006)
- Public Health Service Outstanding Unit Citation (OUC), (2004, 2007, 2010, 2 in 2011, 2013)
- PHS Unit Commendation (UC), (1997,1998,1999, 5 in 2000, 2001, 2004, 4 in 2005, 2006, 2010)
- Public Health Bicentennial Unit Commendation (UC), (1998)

**READINESS:**

Readiness Status: Qualified

Deployment Role:  Liaison

Deployments: Hurricane Katrina, September 2005

**CAREER OFFICERSHIP:**
| | |
|---|---|
| EPAC, Emergency Preparedness Subcommittee | 2001 - 2003 |
| Graduate Advisor to the Leadership Development Program | 2003 |
| FDA Leadership Development | 2003 |
| Bioterrorism Training Team | 2003 |
| PHS Commissioned Corps Sponsorship Program | 2001 |
| Commissioned Officers Association | 1993 - Present |

**PROFESSIONAL MEMBERSHIPS:**
| | |
|---|---|
| Trilateral Cooperation | 2005 - Present |
| Interagency Pharmaceutical Taskforce Committee | 2004 - Present |
| Registration and Prior Notice Interim Final Rule Team | 2003 - Present |
| ORA Continuity of Operations Point of Contact Task Force | 2003 - Present |
| U.S. Customs and Border Protection Targeting Initiative | 2003 - Present |
| Agro-terrorism Taskforce | 2003 - 2010 |
| Bioterrorism Workforce | 2003 - 2010 |
| Monkey Pox Interagency Workgroup, | 2003 |
| FDA European Seafood and Dairy Audit Team | 2003 |

CAPT D. Veneziano                    March 8, 2014                    Page 13 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer
➢ New Hire Training Program Cadre                    1999 - Present
➢ Foreign Inspection Cadre                           1995 - Present

**PRESENTATIONS:**    *List of Presentations given to outside entities in FY2010 – FY2012*

10/1/2011 through 6/19/2012    Conducted 24 presentations to industry and trade associations, per their
                               request, related to import operations, new and current regulations, new
                               initiatives, and IT systems.

10/1/2010 through 9/30/2011    Conducted 32 presentations to industry and trade associations, per their
                               request, related to import operations, new and current regulations, new
                               initiatives, and IT systems.

10/1/2009 through 9/30/2010    Conducted 23 presentations to industry and trade associations, per their
                               request, related to import operations, new and current regulations, new
                               initiatives, and IT systems.

9/24/2009    *PREDICT, ITACS, and other import initiatives* – presented to the Texas Brokers Association
             at their request – Dallas, TX

9/23/2009    *PREDICT & ITACS* – Attended the National Association of Foreign Trade Zones and
             presented at their request – Dallas, TX

8/25/2009    *Import Related Initiatives and issues* – Attended annual Pharma Conference and presented
             at their request – Cambridge, MD

6/10/2009    *PREDICT & ITACS* – Presented to the JRK Freight Forwarders and Brokers Association –
             Jamaica – NY

5/28/2009    *Facing the Challenges of Imported Products* -  Presented at the China Trade Seminar
             regarding how the Agency is going to meet the challenge of import challenges – Miami, FL

5/7/2009      *Facing the Challenges of Imported Products* -  Presented at the Pharmaceutical Industry of
             America conference regarding how the Agency is going to meet the challenge of import
             challenges – San Juan, PR

4/22/2009    *Import Food Safety and Consumer Safety Issues* – Attended and presented at the 35th National
             Customs Brokers & Freight Forwarders Association of America – Rancho Mirage, CA

4/15/2009    Foreign Trade Zones, & Device accomplishments – Presented at the annual Device Field
             Committee Meeting providing an explanation of FTZ and accomplishments related to
             devices – Rockville, MD

4/14/2009    *Good Importer Practices, PREDICT & ITACS* – Attended and presented at American
             Association of Importers and Exporters annual meeting per their request– Washington, DC

3/16/2009    *Food Safety Initiatives* – Attended the annual Boston Seafood Show and presented at their
             request – Boston, MA

3/11/2009    *Update on Food Imports* – Provided an update on food importation issues to the Food Field
             Committee – Rockville, MD

3/9/2009     *Good Importer Practices & Secure Supply Chain* – Provided a presentation to the Drug
             Information Association – Webinar

CAPT D. Veneziano                    March 8, 2014                      Page 14 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

10/30/2008    *Food Safety Initiatives* -- Presentation to industry involved in the importation of products at CBP's Trade Symposium -- Washington, DC

10/28/2008    *Good Importer Practices, Secure Supply Chain, PREDICT & ITACS* -- Presented at the Drug Chemical & Associated Technologies Conference per their request -- Newark, NJ

10/24/2008    *Facing the Challenges of Imported Products* - Presented at the Food and Drug Law Institute regarding how the Agency is going to meet the challenge of import challenges -- Washington, DC

9/30/2008     *Facing the Challenges of Imported Products* - Presented to the Boston Customs Brokers and Freight Forwarders Association regarding how the Agency is going to meet the challenge of import challenges -- Boston, MA

9/24/2008     *Facing the Challenges of Imported Products* - Attended the National Association of Foreign Trade Zones annual meeting and presented at their request regarding how the Agency is going to meet the challenge of import challenges -- Palm Springs, FL

8/19/2008     *The Division of Import Operations and Policy -- Present and Future* -- Presented the current and future state of imports at the Detroit District Conference -- Detroit MI

7/30/2008     *The Division of Import Operations and Policy -- Present and Future* -- Presented the current and future state of imports at the Baltimore District Conference -- Baltimore, MD

5/20/2008     *Import/export Challenges* -- Presented and attended the Pharma Conference to discuss the challenges of importing and exporting -- Newark, NJ

4/9/2008      *Import Safety, A New Focus* - Attended and presented at the 34th National Customs Brokers & Freight Forwarders Association of America -- Orlando, FL

1/16/2008     *Prior Notice and the Import Process* -- Presented at the Food & Agriculture Border Gateway Summit -- Detroit, MI

11/15/2007    *Import Process and Import Alerts* -- Presented at the FDA/CFIA Northern Border Conference -- Blaine, WA

10/3/2007     *FDA's Policies and Procedures for handling Foreign Trade Zones* - - Attended the National Association of Foreign Trade Zones annual meeting and presented at their request regarding policies and procedures affecting their association -- Pheonix AZ

6/12/2007     *FDA and Import Operations* -- Requested by Health Canada to present information regarding FDA and import operations to them and their stakeholders - Ontario, Canada

3/7/2007      *ORA update on Import Strategy and Transformation* - Attended and presented at American Association of Importers and Exporters annual meeting per their request-- Washington, DC

7/28/2006     *Prior Notice Center and Import Operations* -- Presented to the House & Senate Appropriations Committee regarding the structure and operations of imports -- Washington, DC

5/8/2006      *Prior Notice Center and Import Operations* - Presented to the Pacific Coast Council regarding the structure and operations of imports -- Washington, DC

4/27/2006     *Complete Look at the FDA's Import Program* -- Presented to members of the Tri-Lateral (Mexico and Canada) committee regarding the FDA's Import Program -- Washington, DC

CAPT D. Veneziano                     March 8, 2014                          Page 15 of 18
PHS No. 62840                         Engineer Officer
Program Management Officer

3/23/2006     *General Overview and issues related to food importation* -- Presented to the Consumer
              Federation of America regarding food import related issues -- Washington, DC

3/20/2006     *FDA Import Operations* - Attended and presented at American Association of Importers and
              Exporters annual meeting per their request-- Washington, DC

3/8/2006      *Prior Notice Center, What it is and what it does* -- Met with Staff from Buffalo and Canada
              representatives and presented on import operations -- Canada

2/7/2006      *FDA's Policies and Procedures for handling Foreign Trade Zones* - - Attended the National
              Association of Foreign Trade Zones Legislative and Regulatory Seminar and presented at
              their request regarding policies and procedures affecting their association -- Washington, DC

1/29/2005     *The History of the PNC and the Bioterrorism Act* -- Provided the Department of Homeland
              Securities OIG a presentation on how and why the PNC was established -- Reston, VA

11/08/2005    *Organizational structure of DIOP and the Importation of Medical Devices* -- Attended the Device Field
              Committee annual meeting and provide the members with an overview of the new Organizational
              structure of the Division of Import Operations and the current projects that we are working in
              conjunction with the Center of Device and Radiological Health (CDRH).

10/06/2005    *Organizational structure of DIOP, the Operations of the PNC and the Bioterrorism Act* -
              Provided industry, Other Government Agencies and Foreign Government Officials an
              overview of the organizational structure of the Division of Import Operations and the current
              progress and issues with the PNC -- Plattsburg, NY

09/20/2005    *Importation of illegal Cheese* -- Provided State officials throughout the Southwest an
              overview of the organizational structure of the Division of Import Operations and the efforts
              that we are making in conjunction with Customs and Border Protection (CBP) to address the
              illegal Importation of soft cheeses -- Dallas, TX

08/17/2005    *Operations of the PNC and the Bioterrorism Act* -- Provided several employees from the
              Office of Management and Budget (OMB), Department of Health and Human Services
              (DHHS) and FDA's Office of Legislative affairs with a tour of the PNC and an overview of the
              operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism
              Act -- Reston, VA

07/25/2005    *Division of Import Operations and Policy hot issues* -- Provided an overview of hot topics related to
              imports and the Prior Notice Center at the Advanced Import Course -- Rockville, MD

06/07/2005    *Operations of the PNC and the Bioterrorism Act* -- Attended the 2005 Commissioned Officers
              Association (COA) meeting and gave a presentation about the operations of the Prior Notice Center
              and their efforts in securing the U.S. food supply from terrorism. -- Philadelphia, PA

06/06/2005    *Division of Import Operations and Policy hot issues* -- Provided an overview of hot topics related to
              imports and the Prior Notice Center at the Import Operations and Entry Review Course -- Rockville, MD

05/16/2005    *Division of Import Operations and Policy hot issues* -- Provided an overview of hot topics related to
              imports and the Prior Notice Center at the Advanced Import Course -- Rockville, MD

04/20/2005    *Operations of the PNC and the Bioterrorism Act* -- Provided Customs and Border Protection's
              Antiterrorism group an overview of the operations of the Prior Notice Center and how it enforces the
              provisions of the Bioterrorism Act -- Reston, VA

CAPT D. Veneziano                    March 8, 2014                    Page 16 of 18
PHS No. 62840                        Engineer Officer
Program Management Officer

04/19/2005    *Operations of the PNC and the Bioterrorism Act* -- Provided the Secretary of Homeland Security, Michael Chertoff, an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

04/19/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Center of Veterinary Medicine and CBP's Animal Plant and Health Inspection Service (APHIS) to provide both their staffs with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

04/05/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Office of General Counsel to provide their staffs with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

03/30/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Office of Management and Budget (OMB) to provide their staff and congressional staffers with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

03/10/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Federal Bureau of Investigations FBI and The Office of Criminal Investigations to provide both their staffs with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

02/23/2005    *Operations of the PNC* - Requested by the Director of the Systems Branch Director of DIOP to provide an overview of the operations of the Prior Notice Center and the computer systems that are utilized for targeting food products that are considered high-risk. – Reston, VA

02/10/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Director of the Office of Criminal Investigations to provide him with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

02/03/2005    *Operations of the PNC and the Bioterrorism Act* - Requested by the Office of Financial management to provide staff members with a tour of the PNC and an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

12/13/2004    *Prior Notice Operations and the Bioterrorism Act* – Requested by the Import Course Advisory Group to give a presentation regarding the operations of the PNC and the Bioterrorism Act at the Import Entry Review Courses – Rockville, MD

11/22/2004    *Prior Notice Operations and the Bioterrorism Act* – Requested by the Center of Food Safety and Nutritional to provide their Senior Managers with a presentation regarding the operations of the PNC and the Bioterrorism Act – College Park, MD

11/17/2004    Senior Staff Meeting - Requested by Senior Level Executives to make a presentation regarding the current operations of the PNC, the progress of staffing the office, and examples of shipments that have been stopped due to possible terrorist threats and/or significant health risk - Philadelphia, PA

11/07/2004    *Operations of the PNC and the Bioterrorism Act* - Requested by the Commissioner of Customs and Border Protection to provide the Secretary of Homeland Security, Thomas Ridge, an overview of the operations of the Prior Notice Center and how it enforces the provisions of the Bioterrorism Act – Reston, VA

CAPT D. Veneziano            March 8, 2014            Page 17 of 18
PHS No. 62840            Engineer Officer
Program Management Officer

| | |
|---|---|
| 10/06/2004 | Visited by the Associate Commissioner of Regulatory Affairs and Deputy Associate Commissioner and gave them a tour and presentation of the Prior Notice Center and its operations – Reston, VA |
| 08/25/2004 - | *Import Operations and the Bioterrorism Act* – Requested by the Import Course Advisory Group to give a presentation regarding the operations of the PNC and the Bioterrorism Act at the Import Entry Review Courses – Rockville, MD |
| 08/11/2004 | Requested by the Executive Office of the White House's US Office of Science and Technology Policy to brief them on the operations of OASIS and Prior Notice from a Homeland Security Perspective. - Eisenhower Executive Office Building, Washington, DC |
| 07/07/2004 | Requested by US Customs to give a presentation to Senior Executives of the U.S. Attorney General's Office regarding the Operations of the PNC and the Bioterrorist Act – Reston, VA |
| 02/06/2004 | *Operations of the PNC and the Bioterrorism Act* - Visited by **The President of The United States, George W. Bush,** and provided him with an overview of the operations of the Prior Notice Center and its enforcement of the Bioterrorism Act – Reston, VA |
| 01/08/2004 | *Prior Notice Center Operations and the Bioterrorism Act* – Requested by the Directors within the Office of Regional Operations to provide them with a presentation and demonstration of the Prior Notice enforcement of the Bioterrorism Act – Reston, VA |
| 11/2003 | Senior Staff Meeting – Provided senior level executives within the FDA with an update on opening and staffing the Prior Notice Center – Annapolis, MD |
| 10/28/2003 | *Vision of the Prior Notice Center and the Bioterrorism Act* – Selected as 1 of the cadre to educate the field nation wide via a satellite broadcast to explain and answer questions regarding the Bioterrorism Act and the vision of the PNC – Rockville, MD |
| 10/1999 – 2003 | *Evidence Development* – New Hire Training Courses – Various locations |
| 03/12/2003 | *The Role of the Consumer Safety Officer in the FDA* – Office of Financial Management staff – Rockville, MD |
| 12/12/2002 | *Opening remarks and update on personnel changes in the San Juan District Office* – Puerto Rico Aids Health Fraud Task Force – San Juan, PR |
| 09/11/2002 | *Operations of the Chicago District's Investigations Branch* – Foreign Diplomats from the Shanghai Municipal Drug Administration – Chicago, IL |
| 07/29/2002 | Briefed Congressional Staffers regarding *Third Party Audits and FDA's Inspectional Process* – Congressional Staffers – Capitol Hill – Washington, DC |
| 03/19/2002 | *The Role of the Consumer Safety Officer in the FDA* – Emerging Leaders Program – Washington, DC |
| 05/2001 | *Understanding the Corrective and Preventive Action (CAPA) Regulations* – ASQ New England Biomedical Discussion Group - Waltham, MA |
| 05/2001 | *Conducting Foreign Inspections for the FDA* – New England District Conference –  Bedford, MA |
| 02/1999 | *Current Initiatives and Future Plans for the Agency* – The International Society for Pharmaceutical Engineers (ISPE) – Newton, MA |
| 03/1999 | *What you need to be ready for Y2K* – Health Care Financing Administration – Boston, MA |

CAPT D. Veneziano                     March 8, 2014                     Page 18 of 18
PHS No. 62840                         Engineer Officer
Program Management Officer

12/1999 &      *Update of the New Quality System Inspection Technique and The Current Initiatives*
12/1998        *That Affect The District and Industry* – Massachusetts Medical Device Industry Council –
               Waltham, MA

03/1997 &      *The Basic Concepts of Good Manufacturing Practice, FDA's Inspection Process,*
10/1995        *Enforcement Actions and Process Validation* – Foreign Diplomats from Morocco & from the
               Tianjin Medical Instrument Inspection Center in China (respectively) – Winchester, MA

## COMMUNITY SERVICE:

➢  Medford Babe Ruth Advisory Committee, Medford MA.              1993 – 1994
➢  Coach of Medford Babe Ruth Baseball League, Medford MA        1991 – 1994

# Curriculum Vitae
# Daniel Burke

### FEDERAL LAW ENFORCEMENT EMPLOYMENT

Office of Criminal Investigations, U.S. Food and Drug Administration
- 2012-present:  Senior Special Agent/Senior Operations Manager responsible for the following programs:
    - Computer Forensics Program (2012)
    - Cybercrime Investigations Unit
    - International Affairs
- 2005-2012:  Senior Special Agent / Computer Forensics Specialist

Department of Homeland Security, U.S. Immigration and Customs Enforcement - Office of Investigations (Homeland Security Investigations)
- 2002-2005:  Supervisory Special Agent in charge of the HIDTA Financial/Money Laundering Task Force – San Diego, CA.

Department of the Treasury, U.S. Customs Service - Office of Investigations
- 1997-2002:  Special Agent – Denver, CO

Department of the Treasury, Internal Revenue Service - Criminal Investigation Division
- 1995-1997:  Special Agent / Special Agent Co-op – McAllen, TX/Fargo, ND.

### EDUCATIONAL EMPLOYMENT

Adjunct Faculty, University of Colorado Denver, School of Public Affairs (2010 to present)

Adjunct Faculty, University of Missouri-Kansas City, Department of Sociology/Criminal Justice and Criminology (2006-2008)

Adjunct Faculty, National University (2004 to present)

### EDUCATION

Master of Criminal Justice, University of Colorado at Denver (2003)

Bachelor of Science-Criminal Justice and Criminology, Metropolitan State University of Denver (1996)

### TEACHING  EXPERIENCE

The Federal Criminal Justice System (CRJU-4600/5600), University of Colorado Denver.

Law Enforcement, (CRJU-4043), University of Colorado Denver.

White-Collar Crime, (CRJU-4600), University of Colorado Denver

Organized Crime, (CRJU-4600), University of Colorado Denver.

Homeland Security, (CRJU-4600), University of Colorado Denver.

Ethical and Controversial Issues in Law Enforcement (CJ-353), University of Missouri-Kansas City.



Security Planning and Design (Graduate SSE-604), National University (on-line).

Capstone Project (Graduate SSE-610), National University (on-line).

Computer Forensics/Digital Evidence (Graduate FSC-621), National University (on-line).

Managing Information Security, (SSE-606-Graduate), National University (on-line).

Introduction to Criminal Justice (CJC-427), National University, San Diego, CA.

Justice Management and Leadership (CJC-446), National University, San Diego, CA.

Organized Crime (CJC-442), National University, San Diego, CA.

White Collar Crime (CJC-441), National University, San Diego, CA.

Current Issues in Law Enforcement (CJC-443), National University, San Diego, CA.

## ON-LINE COURSE DEVELOPMENT

CRJU-4600 - Homeland Security, University of Colorado, Denver, CO

HS-240 – Intelligence and Information Sharing, National University, San Diego, CA.

SSE-604 – Security Engineering, Planning and Design (graduate), National University, San Diego, CA

DSM-430 – Land Borders, Seaports and Airports, National University, San Diego, CA

## NOTABLE AWARDS

National University Outstanding Service Award – 2008
Exceptional Performance Rating, FDA-OCI 2009, 2010, 2011, 2012, 2013
Drug Enforcement Administration (DEA) Administrator's Award - 2001
U.S. Secret Service Director's Service Award - 2003
"Top Gun" Firearms Instructor - U.S. Treasury Department
Ten (10) Special Act or Service Awards (Treasury/US Customs)

## SELECT PRESENTATIONS, LECTURES AND TRAINING SEMINARS

*Cybercrime Investigations in the U.S. and China.* Presentation before the China Food and Drug Administration, Xi'an, China. May 21, 2013.

*Cybercrime Investigation Techniques.* Three-day training seminar to the Australian Federal Police and Australian Therapeutic Goods Administration, Canberra, Australia. March 5-7, 2013

*Investigating Illegal Online Pharmacies.* European Union Conference "Pharmacrime 2012" Brussels, Belgium. October 2012

*Internet Investigations.* INTERPOL Symposium on Drug Counterfeiting and Transnational Crime, Mexico City, October 2012

Instructor: *Cybercrime Investigations Seminar.* Singapore Health Sciences Authority, Singapore. May 2012,

Instructor:  Special Agent Basic Training,  FDA-Office of Criminal Investigations, 2010, 2011, 2012, 2013, 2014.

*Internet Investigations* - Permanent Forum on International Pharmaceutical Crime Symposium, April 2011

*Smuggling Investigations and the Formal Entry of Goods* – FDA Import Investigations Conferences, 2009, 2010

*International Money Laundering Investigations* – Kansas City Security Coalition, September 2008

*International Drug Counterfeiting* – Kansas City Star, 40 Year Column Club, October 2006

*The Changing Face of Federal Law Enforcement* – Sertoma Club of Kansas City, January 2006

Instructor:  *Financial Investigations and Money Laundering* - California Narcotics Officers Association Annual Conference 2005

Instructor:  *International Money Laundering: Africa* – US State Department - International Law Enforcement Training Academy – Botswana, Africa, 2002

Instructor:  *Financial Investigations Case Study* -  Basic Drug Investigator's Training — US Drug Enforcement Administration Training Division 2002

Panel Member – *Money Laundering/Methamphetamine Trafficking from Mexico* – National Methamphetamine Precursor Chemical Initiative Conference, New Orleans, LA  2004

Instructor:  *Federal Law Enforcement Operations* - City of Aurora, CO Police Academy (2000-2002)

Instructor:  *Federal Law Enforcement Operations* - City of Denver, CO Police Academy (2000)

Instructor:  *Principles of Money Laundering Investigations: Case Study.*  Federal Law Enforcement Training Center -- Criminal Investigator Training Program, 2002

*Financial Investigations for Legacy INS Agents.*  San Diego Office of U.S. Immigration and Customs Enforcement, 2003

Lecturer:  Various Criminal Justice Classes.  Red Rocks Community College, Golden, CO (2000-2002)

Lecturer:  Various Criminal Justice Classes.  Metropolitan State College of Denver, CO  (1999-2002; 2008-2010)

Panel Member:  2002 National Money Laundering Strategy Conference.  Washington, D.C. 2002

## SELECT QUOTED ARTICLES

Abbott, Karen. (July 7, 1999) Golden Man Charged in Child Porn Case.  *The Rocky Mountain News.* p. A1

Cantalupe, Joe. (May 30, 2004)  Patriot Act Provides New Way to Crack Down on Money Smugglers.  *Copley News Service*

Cearley, Anna. (January 13, 2005) U.S. Freezes Assets Tied to Cartel.  *San Diego Union Tribune,*  p. 1B

Gaynor, Tim.  (September 8, 2005) Drug Cash Smuggling Booming on US-Mexico Border.  *Reuters*

Curriculum Vitae
Daniel Burke
Page: - 4 -

LeDuff, Charlie. (December 23, 2004) Holidays Inspire a Rush to the Border. *New York Times,* p. B2

Maron, Dina. (July 3, 2013)  Pill of Goods: International Counterfeit Drug Ring Hit In Massive Sting. *Scientific American.*

Olinger, David. (September 26, 1998)  Child Porn Site leads to Arrests. *The Denver Post.* P. 3A

Soto, O'Neil. (September 10, 2004 ) Holding a bundle of moldy bread: Customs displays phony 1930s cash, bonds. *San Diego Union Tribune.* p. 4A

Soto, O'Neil. (August 15, 2004) E-mail Promising you riches? Think Again. *San Diego Union Tribune.* p. B1

Weaver, Christopher. (October 5, 2012)  Crackdown on Web Drugs. *Wall Street Journal* P. B1

Wong, Albert. (September 23, 2006) Key Player in Fake Drugs Ring Busted. *The Hong Kong Standard.* P. A1

### RELEVANT TRAINING AND CERTIFICATIONS

| | |
|---|---|
| 1997 | Federal Criminal Investigator Training Program, Glynco, Georgia (IRS, Customs)  Federal Law Enforcement Training Center |
| 1998 | Certified Undercover Record Keeper |
| 1998 | National Symposium on Victims of Federal Crime |
| 1999 | Firearms Instructor Training - U.S. Treasury Department |
| 1999 | Smuggling Investigations Field Training |
| 2000 | Asset Forfeiture/Financial Investigations |
| 2001 | U.S. Customs Undercover Operative's School |
| 2003 | U.S. Customs/ICE Supervisory Special Agent Training |
| 2003 | (ICE) Office of Investigations Supervisory Special Agent Seminar |
| 2005 | Immigration Cross-Designation Training |
| 2006 | FDA Special Agent Basic Training |
| 2006 | Certified Computer Technician (CompTia® A+) |
| 2006 | FBI-RCFL Forensic Toolkit Case Agent Investigative Review |
| 2007 | Seized Computer Evidence Recovery Specialist (SCERS) |
| 2008 | Computer and Enterprise Investigations Seminar |
| 2009 | Access Data Certified Examiner (ACE®), Recertified 2010-2012 |
| 2011 | U.S. Government Contracting Officer's Technical Representative (COTR) |
| 2012 | Large Data Set Acquisitions, Defense Cyber-Investigations Training Academy. |
| 2012 | FLETC Glock® Armorer/Transition Training Program. |
| 2014 | Internet Evidence Finder, Digital Intelligence Forensic Workstation Seminar |
| 2014 | Certified Cyber-Forensics Professional (CCFP) by the International Information Systems Security Certification Consortium, Inc., (ISC)² ®. |

### PROFESSIONAL MEMBERSHIPS

Past Vice President – Colorado Association of Computer Crime Investigators
International Information Systems Security Certification Consortium, Inc., (ISC)² ®.

**INTERNAL REVENUE SERVICE**
**Criminal Investigation Electronic Crimes Program**
**Professional Resume**

**Full Name:**   Peter J. Dickerman

**Job Title:**   Special Agent - Computer Investigative Specialist

**Education:**

| | |
|---|---|
| University: | University of Rhode Island |
| Degree: | Bachelor of Science – Business Admin/Accounting |
| Graduated: | December 1999 |

### Employment History

**Job Title:**   Technical Support Representative
**Employer:**   Stream International, Inc.
**Principle Duties:**   Provided technical support users of Microsoft Word and Microsoft Outlook, solving highly technical problems on a variety of hardware and network and/or stand-alone operating systems.
**Date:**   June 1999 – February 2000

**Job Title:**   Platoon Leader (Second Lieutenant), Company Executive Officer (First Lieutenant), and Assistant Operations Officer (Captain)
**Employer:**   United States Army, Signal Corps
**Principle Duties:**   Responsible for managing and coordinating personnel and equipment resources to provide seamless voice and data connectivity in both field and garrison environments.
**Date:**   March 2000 – August 2003

**Job Title:**   Special Agent
**Employer:**   IRS-Criminal Investigation
**Principle Duties:**   Investigate complex financial crimes associated with tax evasion, money laundering, narcotics, organized crime, and public corruption.
**Date:**   July 2003 – February 2013

**Job Title:**   Special Agent - Computer Investigative Specialist
**Employer:**   IRS-Criminal Investigation
**Principle Duties:**   Support IRS special agents in the collection and analysis of digital evidence. Image and analyze seized computer media using specialized equipment and techniques to preserve digital evidence and to recover financial and other data.
**Date:**   February 2013 – Present

### Training

- **U.S. Army Signal Corps Officer Basic Course**, Fort Gordon, GA                     2000
- **IRS Special Agent Basic Training**, Federal Law Enforcement Training Center        2003-2004
- **Electronic Crimes Seminar**, Roger Williams University, Justice System Training and Research Institute                     2006
- **U.S. Treasury Basic Computer Evidence Recovery Training**, Federal Law Enforcement Training Center                     2011
- **EnCase® Computer Forensics I**, Federal Law Enforcement Training Center             2011



- **Advanced Mandatory Annual Training,** IRS-CI, E-Crimes Lab, Alexandria, VA    2013
- **EnCase® Computer Forensics II,** Guidance Software, Rosemont, IL    2014
- **U.S. Treasury Advanced Computer Evidence Recovery Training,** HSI, Cyber Crimes Center, Fairfax, VA    2014

### Professional Certifications

A+ Certification, CompTIA, December 2010

AccessData Certified Examiner, April 2011 (exp. April 2014)



Jeffrey Bell, B.S. D.F.E
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Digital Forensic Examiner
Digital Evidence Laboratory
Camp Williams, Utah

## AREA OF EXPERTISE

Forensic Discipline

· Digital Evidence

Expert Testimony

- 2012- Computer Forensic Testimony: Qualified as an Expert Witness in Possession of Child Pornography Case, Testified in Jury Trial, (Utah State 3rd District Court )
- 2010- Computer Forensic Testimony: Qualified as an Expert Witness in Child Exploitation Case, Testified in a Preliminary Hearing, (Utah State 2nd District Court)
- 2009- Computer Forensic Testimony: Qualified as an Expert Witness in an Administrative Review Board, Testified in a Professional License Review Hearing, (Utah State Board of Education)

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*Senior Digital Forensic Examiner, Digital Evidence Laboratory, (Camp Williams, Utah), 2013-Present*

- Contracted to DEA Digital Evidence Lab providing Computer/Mobile Device Forensic Support to include Onsite Imaging of Digital Media, Forensic Analysis and Reporting, Research and Development.
- Participated in dozens of Onsite Backup Operations conducting Onsite Imaging of Digital Media
- Analyzed over 100 exhibits of Digital Media

*Training*

- DEA/SFL9, Cellular Phone/Mobile Device Certification, (Lorton, VA), 2013
- DEA/SFL9, On-Site Backup Training and Certification, (Lorton, VA), 2013

APPLE Inc.
*AHA Pro-Advisor, Apple Inc, (Ogden, Utah) 2012-2013*

- Pro-Advisor for Apple's IOS line of products and software, providing customers with world class customer tech support, to include general information about IOS products software, assisted customers in troubleshooting technical or software issues related to IOS.
- Ranked at the Top of Metrics performance within Apple AHA Organization. Selected for Tier 2 Sr Advisor Position prior to leaving Apple for the DEA

*Training*

- Apple Inc, AHA Advisor Training Program, (Online), 2012
- Apple Inc, Tier 2 Advisor Training Program, (Online), 2013

Intermountain West Regional Computer Forensic Laboratory-FBI CART
*Deputy Director, Intermountain West Computer Forensics Lab/Weber County Sheriff's Office, (Salt Lake City Utah) 2011-2012*

GOVERNMENT
EXHIBIT
G

1 of 4 (9/10/2014)

- Task Force Assignment with the FBI's Computer Analysis Response Team (CART) selected by the Lab Director and IWRCFL Executive Law Enforcement Board for this Assignment.
- As Deputy Director- oversaw the daily operations of the Forensic Services in accordance with ASCLAD/LAB policies and procedures for IWRCFL Lab's in Salt Lake City, Utah, Boise, Idaho, and Billings Montana.
- Screened and approved all requests for Forensic Services, prioritized and assigned cases to Forensic Examiner personnel in the Lab. responsible for the intake and coordination of Onsite Forensic Services requested by Federal, State, and Local Law Enforcement entities.
- Responsible for training, equipment and software needs for the lab and personnel. Oversaw the Lab's Database and Reporting for internal tracking and external tracking (CART Database) of caseload, casework, and metrics.
- Helped develop and refine current Lab SOP's as well as prepared the Lab for its ASCLD/LAB Audit and Review in Fall of 2012
- Continued to actively handle Digital Forensic Examinations

*Training*
- Sumuri Forensics, Apple/Mac Forensic Course, (San Francisco, California), 2011
- Access Data, FTK 3 for Apple/Mac, (Salt Lake City, Utah), 2012
- Guidance Software, Encase II Course, (Denver Colorado), 2012
- X-ways Inc, X-ways Forensics, (Houston, Texas), 2012

**Intermountain West Regional Computer Forensic Laboratory-FBI CART**

*Computer Forensic Examiner -Intermountain West Computer Forensics Lab/Weber County Sheriff's Office, (Salt Lake City, Utah) 2007-2011*
- Certified Computer Forensic Examiner with the IWRCFL. I conducted Forensic Imaging and Analysis of Digital Media in support of a variety of investigations to include Homeland Security/Terrorism, Child Pornography/Exploitation, Cyber/Internet Crimes, White-Collar Crimes, Drug Crimes, Homicide, Internal Affairs and Administrative Cases.

*Training*
- FBI CART, BWCT Write Protection and Imaging, (Salt Lake City Utah), 2007
- FBI CART, BWCT Forensic Concepts, (Salt Lake City Utah), 2007
- Access Data, Access Data FTK Boot camp, (Boise, Idaho), 2007
- FBI CART, Comp-Tia A+ Course, (Salt Lake City, Utah), 2007
- FBI CART, Comp-Tia Network + Course, (Denver, Colorado), 2007
- NW3C, Basic Data Recovery and Analysis -BDRA, (Helena, Montana), 2007
- FBI CART, BWCT Computer Forensic Examiner Practical Course, FBI (Quantico, Virginia), 2007
- FBI CART, Image Scan v3, (Salt Lake City Utah), 2008
- FBI CART, FTK Boot camp, (Kansas City, Missouri), 2008
- FBI CART, Access Data Internet Forensics, (Kansas City, Missouri), 2009
- FBI CART, Virtualization/VM Ware in Forensic Examinations Course, (Salt Lake City, Utah), 2009
- FBI CART, Cellphone/Mobile Device Examiner Certification Course, (San Diego, California), 2010
- FBI CART, Forensic Networks and FTK Lab, (Dallas, Texas), 2010
- Microsoft Inc, Microsoft Special Topics in Forensics, (Denver, Colorado), 2010

**Weber County Sheriff's Office**

*Investigator Weber County Sheriff's Office (Ogden, Utah) 2002-2007*
-

Internal Affairs Investigator in the Professional Standards & Training I/A Unit assigned to conduct Internal Affairs Investigations, Employment Background Investigations, Crime Analysis and Intelligence duties
- Assigned to the Investigations Unit conducting all types of criminal investigations

Member of the Weber County Metro Homicide Unit
- Certified Training Instructor- Trained Officers and other personnel in Police Ethic's and Discipline, Domestic Violence, Interview and Interrogation, Search and Seizure, Crime Analysis, Basic Criminal Investigation, Computer Crimes and many other areas.
- Promoted to 1st Line Supervisor and Commander over Patrol and Investigation Units during my Employment with Washington Terrace Police Department Oct 1991- Oct 2002
- I have handled hundreds of calls for service and Criminal Investigations as Police Officer since 1991

*Training*
- Acquired over 3000 hrs. of Training during 22 years of Law Enforcement 1991-2012

## EDUCATION AND CERTIFICATIONS

Weber State University, (Ogden, Utah)
- Bachelor of Science in Tech Sales Minor in Psychology, 2002

*Certification(s)*
- Access Data ACE, 2012
- Certified Apple Forensic Examiner, 2012
- Certified Cellphone/Mobile Device Examiner, 2010
- Certified Computer Forensic Examiner, 2008
- A+ Certified Computer Technician, 2007
- Net + Certified Computer Network Technician, 2007
- NW3C-BDRA, 2007
- Mid Level Manger Certification -Utah Peace Officer Standards and Training, 1999
- Certified Peace Officer Certification- -Utah Peace Officer Standards and Training,1991

## DISTINCTIONS

- Medal of Honor for Service to the Community during assignment with the Weber Metro Homicide Task Force,1999
- Medal of Honor for Service during assignment with the Weber Morgan Narcotics Strike Force for efforts in assisting and Investigating Drug Endangered Children Cases in the Community, 2002
- Unit Citation for Service and Contributions while assigned to the Internal Affairs/Professional Standards & Training Unit for 2005
- Unit Citation for Service and Contributions while assigned to the Internal Affairs/Professional Standards & Training Unit for 2006
- Ogden City School District- Community Partner Award, 2006
- Outstanding Achievement Award for contribution to the Utah State Division of Human Services/Adult Protective Services for fostering relationships between Law Enforcement and APS in Investigating crimes involving the Elderly, 2007
- Recognized for service and contributions to the Weber Morgan Children's Justice Center, 2007

- Recognized for service and contribution to the IWRCFL receiving ASCLD/LAB International Accreditation, 2008
- Recognized for Service and contribution to Intermountain West Regional Computer Forensics Lab, (IWRCFL), 2012
- Recognized for Service and contribution to Weber County Sheriff's Office, 2012