# Exhibit 1

## (Part 4 of 5)



Christine Siedsma
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic IT Specialist
SFL9 Digital Evidence Lab
Lorton, VA

## AREA OF EXPERTISE

Forensic Discipline

Digital Evidence

Expert Testimony
- State University of New York Civil Court (3 separate hearings), 2007
- Southern District of New York [US v. Richard Chichakli] 2013

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*Digital Evidence Examiner, Digital Evidence Laboratory (Lorton, VA), March 2009 - present*
- Conducted digital forensic analysis of electronic evidence
- Analyzed electronic media, including hard drives, thumb drives, optical media, cellular telephones, and digital video recorders.
- Performed onsite imaging and backing-up of computer systems and databases to facilitate the preservation and collection of evidence.
- Reported detailed results of examinations.

*Training*
- DEA Instructor Development Training #47 - 2011
- BerlaCorp GPS Forensic Training - 2011
- International Association of Computer Investigative Specialists - 2010
- AccessData Bootcamp - 2007
- Encase v6 Computer Forensics II - Private Sector - 2007

Onsite3 E-Discovery
*E-Discovery / Computer Forensic Examiner, Crystal City, VA  November 2007 - March 2009*
- Conduct, facilitate and assist with forensic examinations of electronic evidence.
- Performed onsite imaging and backing-up of computer systems and databases to facilitate the preservation and collection of evidence.
- Reported detailed results of examinations.

*Training*

Utica College
*Program Manager & Adjunct Professor*
- Conduct research in the field of computer security and forensics
- Maintain laboratory equipment and software



1 of 2 (7/29/2014)

- Course and curriculum development for the Digital Forensics Undergraduate Program

## EDUCATION AND CERTIFICATIONS

Utica College
- Master of Science in Economic Crime Management from Utica College - 2007

Utica College
- BS in Economic Crime Investigation from Utica College - 2001

*Certification(s)*
- Digital Forensics Certification Board - 2012

## PUBLICATIONS

-

## Curriculum Vitae

Diana J. Erwin

Special Agent, Computer Investigative Specialist
Internal Revenue Service, Criminal Investigation
1220 SW 3rd Ave, Suite G044, MS 0326, Portland, OR 97204
503-265-3565

### Relevant Employment History

Internal Revenue Service—Criminal Investigation
Special Agent—Computer Investigative Specialist          October 2012 – Present
   Partnering with Special Agents to conduct forensic acquisition, preservation, processing,
   and analysis of digital evidence as related to criminal investigations.

Internal Revenue Service—Criminal Investigation
Special Agent                                            February 2005 – October 2012
   Investigation of potential criminal violations of the Internal Revenue Code and related
   financial crimes.

### Education

University of Nevada, Reno
Master of Accountancy                                    December 2004

University of Memphis
Bachelor of Arts—Criminal Justice/Criminology           May 1999

University of Memphis
Bachelor of Arts—Psychology                             May 1999

### Professional Associations

Association of Certified Fraud Examiners
Certified Fraud Examiner                                 November 2007 – Present

High Technology Crime Investigation Association
Seattle Chapter
Member                                                   December 2012 – Present



GOVERNMENT EXHIBIT

**Relevant Training**

| | |
|---|---|
| Criminal Investigator Training Program | May 2005 |
| Special Agent Basic Training | August 2005 |
| Prerequisite for Computer Evidence Recovery Training | April 2012 |
| Basic Computer Evidence Recovery Training | May 2012 |
| Advanced Computer Evidence Recovery Training | May 2013 |
| Advanced Mandatory Annual Training | August 2013 |
| Encase Computer Forensics II | April 2014 |

**Continuing Professional Education**

Minimum of 20 hours per year in computer- and fraud-related topics to maintain Certified Fraud Examiner status.  Additional computer-related topics as needed to maintain A+ certification.

**Certifications**

| | |
|---|---|
| CompTIA A+ Certification | April 2012 |

**INTERNAL REVENUE SERVICE**
**Criminal Investigation Electronic Crimes Program**
**Professional Resume**

**Full Name:**   JuJet Larson

**Job Title:**   Special Agent Computer Investigative Specialist

**Education:**

| | | |
|---|---|---|
| University: | Dakota Wesleyan University | |
| Degree: | Bachelor of Arts – Business Admin/Accounting | |
| Graduated: | May 1994 | |
| | | |
| University: | Colorado Technical University | |
| Degree: | Masters of Science – Management with Information Technology emphasis | |
| Graduated: | June 2000 | |

**Employment History**

**Job Title:**   Special Agent
**Employer:**   IRS-Criminal Investigation
**Principle Duties:**   Investigate complex financial crimes associated with tax evasion, money laundering, narcotics, organized crime, and public corruption.
**Date:**   April 1995 – May 2001

**Job Title:**   Special Agent Computer Investigative Specialist
**Employer:**   IRS-Criminal Investigation
**Principle Duties:**   Support IRS special agents in the collection and analysis of digital evidence.  Image and analyze seized computer media using specialized equipment and techniques to preserve digital evidence and to recover financial and other data.
**Date:**   May 2001 – Present

**Professional Certifications**
CompTIA – Network+ - August 2002
Cellebrite -  UFED & UFED Physical – August 2011
EnCase - Certified Examiner (EnCE) – January 2012
CompTIA – A+ - August 2012

**Training**

| Special Agent Training | Length | Completion Date |
|---|---|---|
| CIT #510A - Criminal Investigator Training FLETC, Glynco, GA | 2 mos | |
| SABT #510 - IRSCI Special Agent Basic Training - Tax FLETC, Glynco, GA | 2 wks | |
| SABT #510 - IRSCI Special Agent Basic Training FLETC, Glynco, GA | 3 mos | 10/13/1995 |
| **Computer Investigative Specialist Training 2001** | | |
| PRECERT #102- Prerequisite Trng for Computer Evidence Recovery | 82 hrs | 05/18/2001 |
| BCERT #102 - Basic Computer Evidence Recovery | 144 hrs | 06/29/2001 |
| CIS-CPE - CIS Continuing Profession Ed | 22 hrs | 11/16/2001 |

GOVERNMENT EXHIBIT

**2002**
Linux: Getting Started (SMARTFORCE online training)                    6 hrs      06/10/2002
ACERT #203 - Advanced Computer Evidence Recovery Training          114 hrs      08/23/2002
CIS-CPE - CIS Continuing Profession Ed                                29 hrs      09/27/2002

**2003**
CIS-CPE - CIS Continuing Profession Ed                                34 hrs      07/31/2003

**2004**
Wireless Technology Class
Electronic Crimes Technology & Support Center, Alexandria, VA         18 hrs      01/22/2004
ILook Training
NW3C Fairmont, WV                                                     18 hrs      04/14/2004
Access Data Advanced Forensics                                       32 hrs      05/19/2004
CIS-CPE - CIS Continuing Profession Ed                               40 hrs      07/16/2004

**2005**
SQL - Sequel Server
Electronic Crimes Technology & Support Center, Alexandria, VA         24 hrs      04/28/2005
CIS-CPE - CIS Continuing Profession Ed                               40 hrs      07/15/2005

**2006**
Macintosh Forensic Examinations
DOD Defense Computer Investigations Training Prog, Linthicum, MD      80 hrs      04/14/2006
Advanced Mandatory Annual Training
CIS Continuing Professional Ed                                       36 hrs      05/25/2006
RAID Class
Electronic Crimes Technology & Support Center, Alexandria, VA         32 hrs      08/31/2006

**2007**
Macintosh Forensic Training
BlackBag Technologies, Santa Clara, CA                               36 hrs      05/18/2007
Advanced Mandatory Annual Training
CIS Continuing Professional Ed                                       32 hrs      07/19/2007

**2008**
CIS-CPE - CIS Continuing Profession Ed                               24 hrs      03/06/2008
ACERT #801 - Advanced Computer Evidence Recovery Training
ICE Cyber Crimes Center, Fairfax, VA                                 80 hrs      04/18/2008
Advanced Mandatory Annual Training – EnCase Computer Forensics
CIS Continuing Professional Ed                                       32 hrs      06/27/2008
Macintosh Forensic Training, Intermediate
BlackBag Technologies, Santa Clara, CA                               36 hrs      07/25/2008

**2009**
Advanced Mandatory Annual Training - EnCase Computer Forensics
CIS Continuing Professional Ed                                       32 hrs      07/30/2009
X-Ways Forensic Training                                             24 hrs      09/16/2009
Macintosh Forensic Training, Advanced
BlackBag Technologies, Santa Clara, CA                               24 hrs      09/25/2009

**2010**
Mobile Forensics World Conference
Chicago, IL                                                         24 hrs      05/06/2010
Advanced Mandatory Annual Training
CIS Continuing Professional Ed                                       32 hrs       6/10/2010
Access Data MFI – Mobile Forensics Workshop 101                     21 hrs      07/15/2010
Access Data MFI – Mobile Forensics Workshop 202                     21 hrs      09/02/2010

**2011**
Cellebrite UFED Mobile Device Examiner & UFED Physical Examiner
Forward Discovery                                                   24 hrs      08/18/2011
Encase EnCE Prep Course                                             24 hrs      09/22/2011

**2013**

| | | |
|---|---|---|
| Mac Forensics Internet Artifacts (Online BBT-435e) | | |
| Black Bag Technologies, San Jose, CA | NA | 01/21/2013 |
| ACERT - Advanced Computer Evidence Recovery Training | | |
| ICE Cyber Crimes Center, Fairfax, VA | 80 hrs | 03/22/2013 |
| Macintosh Forensic Survival Course – Level 1 | | |
| Sumuri – FLETC | 40 hrs | 4/26/2013 |
| Macintosh Forensic Survival Course – Level 2 | | |
| Sumuri – FLETC | 40 hrs | 05/03/2013 |
| Embedded Device #1301 | | |
| FLETC – Treasury Computer Forensic Training Program | 40 hrs | 05/18/2013 |



Sandra G. Osborne, CFCE,
EnCE/Masters in Digital
Forensics/Interdisciplinary Studies-
Business Administration/Bachelor of
Arts
  Department of Justice
  Drug Enforcement Administration
  Office of Forensic Sciences

Digital Forensic Examiner
Digital Forensics Laboratory
Lorton, Virginia

---

## AREA OF EXPERTISE

Forensic Discipline

   Digital Evidence

Expert Testimony

- State of Florida vs. Steve Allan Cahanding, Court Case No. 48-2010-CF-006189-O; (Ninth Judicial Circuit, Orlando, Florida, September, 2011) - Expert Witness Computer Forensics
- State of Florida vs. Casey Anthony, Grand Jury Indictment Hearing (Ninth Judicial Circuit, Orlando, Florida, October 14, 2008) - Expert Witness Computer Forensics - Indicted by Grand Jury
- State of Florida vs. Casey Anthony, Court Case No. 2008-CF-015606-O; (Ninth Judicial Circuit, Orlando, Florida, June, 2011) - Jury found Not Guilty - Expert Witness Computer Forensics
- State of Florida vs. Nedal Awad, Court Case No. 48-2009-CF-0004071-0/A; (Ninth Judicial Circuit, Orlando, Florida, June 2010) - Pled Guilty to count 1; pled No Contest to count 3; Judgment of Acquittal as to count 2 - Expert Witness Computer Forensics
- State of Florida vs. Victor Pacheco, Court Case No. 2007-CF-009162-O; (Ninth Judicial Circuit, Orlando, Florida, January 2009) - Not Guilty Verdict by jury - Expert Witness Computer Forensics
- State of Florida vs. Amiri Talih Lundy, Court Case No. 48-2007-CF-015410-O/C  (Ninth Judicial Circuit, Orlando, Florida, November 2008) - Guilty verdict by jury - Expert Witness Computer Forensics
- State of Florida vs. Dominique Jamal Tolbert, Court Case No. 48-2007-CF-015410-O/A; (Ninth Judicial Circuit, Orlando, Florida, November 2008) - Guilty verdict by jury - Expert Witness Computer Forensics
- State of Florida vs. Maya Derkovitch, Court Case No. 48-2007-CF-015410-O/B; (Ninth Judicial Circuit, Orlando, Florida, November 2008) - Pled Guilty - Expert Witness Computer Forensics
- State of Florida vs. Victor Sanchez, Court Case No. 48-2009-CF-016716-O/B, Agency Case No. (WGPD 09OFF005032) (Ninth Judicial Circuit, Orlando, Florida, March 2012)  - Pled No Contest - Expert Witness Computer Forensics

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*DIGITAL FORENSICS EXAMINER/Digital Forensics Laboratory - Present*

- Perform digital forensic analysis and research in support of DEA
- Conduct new software and hardware testing and method validation
- Testify in court, Grand Jury, or other legal proceedings through testimony, sworn affidavits, or other legal instruments

*Training*



GOVERNMENT
EXHIBIT

K

1 of 3 (7/28/2014)

- Guidance Software; EnCase version 7, Computer Forensics I and II on Demand; Distance Learning; Lorton, Virginia, July 2014

## ORANGE COUNTY SHERIFF'S OFFICE

*Detective/Criminal Investigations Division -Digital Forensics Laboratory, Orlando, Florida, 1990-2014*

- Certified law enforcement officer assigned to the Criminal Investigations Division as a certified digital forensics examiner. Primary duties included assisting local and federal government law enforcement entities with the seizure, acquisition, and analysis of digital evidence for the purpose of preparing a forensic report and providing expert testimony for court proceedings.
- The Orange County Sheriff's Office Digital Forensics Laboratory supports approximately 1,300 sworn deputies and detectives, each of whom are subject to investigating crimes related to the use of digital media. In addition, OCSO supports several municipalities within Orange County's jurisdiction with the collection, examination, and preservation of digital evidence.
- In 2013, the OCSO Digital Forensics Laboratory logged in approximately 300 exhibits for examination. Over 200 of those exhibits were analyzed and reports were prepared for court proceedings. Previous years, between 2007-2012, yielded similar numbers of exhibits analyzed.

*Training*

- Federal Bureau of Investigations (FBI); Advanced Internet Workshop for Investigators; (Orlando, Fl.) 2005
- NW3C; Basic On Line Technical Skills Class; (Orlando, Fl.) 2005
- Federal Bureau of Investigations (FBI); Innocent Images Undercover Training National Initiative-Internet Investigations Certification; (Quantico, VA) 2005
- NW3C; Basic Data Recovery and Analysis-Cybercop 101; (Orlando, Fl.) 2006
- IACIS; Certified Electronic Evidence Collection Specialist; (Orlando, Fl.) 2006
- NW3C; Advanced Data Recovery and Analysis-Cybercop 302; (Orlando, Fl.) 2006
- Access Data, Inc; Forensic Toolkit (FTK) Boot Camp; (Orlando, Fl.) 2009
- SiQuest, Inc.;CacheBack Internet Cache and History Analysis; (Orlando, Fl.) 2009
- Guidance Software, Inc.; Advanced Internet Examinations; (Orlando, Fl.) 2009
- Michelle V. Santamaria, Esq.;Testifying Made Simple; (Orlando, Fl.) 2010
- United States Secret Service; Network Intrusion Response (NITRO); (Hoover, Al) 2010
- National District Attorneys Association; Safety Net Multidisciplinary Investigation and Prosecution of Technology-Facilitated Child Sexual Exploitation; (Boston, MA) 2010
- IACIS; Network Forensics; (Orlando, Fl.) 2013

## EDUCATION AND CERTIFICATIONS

- Masters in Digital Forensics: University of Central Florida, (Orlando, Florida); Summer 2014
- Graduate Certificate earned Spring 2014

- Bachelor of Arts; Interdisciplinary Studies: Columbia College (Orlando, Florida); May 2012
- Minor In Business Administration; May 2012

- Associate in Arts; Business Administration: Columbia College (Orlando, Florida) July 1999

*Certification(s)*

-

IACIS; Certified Forensic Computer Examiner (CFCE); 2007
Recertified; 2010
Recertified; 2013
Expires; 2016

- EnCase Certified Computer Examiner (EnCE); Guidance Software; 2009
Recertified 2012
Expires; 2015

- XRY Mobile Forensics Certification; Micro Systemations; 2012
Expires; n/a

## PROFESSIONAL AFFILIATIONS

- International Association of Computer Investigative Specialists (IACIS); 2006-Present

## PRESENTATIONS AND LECTURES

- Instructor, Active file review, Courtroom testimony/Defense of findings
Coach/Mentor
  - o   IACIS Basic Computer Forensic Examiner Training, (Orlando, Fl.), 2010, 2011, 2012
  - o   IACIS Basic Computer Forensic Examiner Training, (Frankfurt, Germany), 2010
- Instructor, Introduction to computer forensics
  - o   Guest lecturer-Everest University, (Orlando, Fl.), 2010
- Instructor, Introduction to computer forensics
  - o   Guest lecturer-Ana Mendez University, (Orlando, Fl.), 2011, 2012
- Honorary Teacher for a Day
  - o   Guest speaker, Lake Nona High School, (Orlando, Fl.), 2011
- Instructor, Introduction to computer forensics and case studies
  - o   In service training-Orange/Osceola State Attorney's Office, (Orlando, Fl.), 2012
- Instructor, Introduction to computer forensics and case studies
  - o   Guest lecturer-Stayer University, (Maitland, Fl.), 2012
- Instructor, Cell Phone Forensics
  - o   In service training, (Orlando, Fl.), 2013
- Instructor, Digital Investigations for School Resource Officers
  - o   In service training, (Orlando, Fl.), 2013
- Guest speaker, Digital Evidence: A checklist needed for law enforcement
  - o   Cybercrime conference, University of Central Florida, (Orlando, Fl.), 2014

Nicholas S. Herfordt
Omaha Police Department, 505 S 15th Street, Omaha, NE 68102
402.444.5870 (d), 402.889.1998 (c)
nherfordt@ci.omaha.ne.us

## OMAHA POLICE DEPARTMENT DETECTIVE

**Profile**
- Member of the Omaha Police Department for over ten years
- Has spent over seven years in criminal investigations
- Uses pre-police background of computer programming/system analyst professional work to incorporate technology in combating crime
- Extensive specialized training in computer and cell phone forensics
- Experienced at providing court testimony as have testified in several homicide trials
- Member of High Technology Crime Investigation Association (HTCIA)
- National White Collar Crime Center (NW3C) Associate

**Selected Accomplishments**
- 2013 Jack Swanson-Lloyd Grimm Crime Stopper Officer of the Year for part in investigation and arrest of a serial killer
- 2013 Member of Homicide Unit which received Ribbon of Excellence honor for exceptionally high clearance rate
- 2008 Omaha Police Department Officer of the Month for month of May for investigation and arrest of a armed robber of commercial businesses

**Assignments**

*Homicide Unit, Cold Case Investigator*                                    *Sept 2013 - Present*
- Investigated unsolved homicides
- Reexamined evidence for additional/new processing based on new technology
- (Re)Interviewed witnesses/suspects
- Worked closely with county attorney's office regarding steps required to develop prosecution
- Prepared detailed reports for court purposes

Homicide Unit, Detective                                                          *2011 –2013*
- Worked active homicides as part of on-call team
- Investigated crime scenes for leads
- Interviewed witnesses/suspects
- Prepared detailed reports
- Testified in criminal trials

*Narcotics Unit, Forensic Analyst*                                              *2009 - 2011*
- Processed computers, cell phones and other digital media as a part of criminal investigations
- Worked with detectives from the homicide, fraud, property and special victim units to

*Criminal Investigations Bureau/South Investigations Unit Detective*    *2007 - 2009*
- Investigated property crimes which occurred in the southern half of Omaha's city limits
- Interviewed victims/witnesses/suspects
- Prepared detailed reports

*Uniform Patrol Bureau*                                                          *2004-2007*
- Responded to radio calls for service in the area of Omaha's highest concentration of violent crime
- Proactively deterred crime via patrol and traffic stops
- Completed reports
- Worked with detectives as initial responder to incidents



GOVERNMENT EXHIBIT
L

*Training Academy*                                                                    *2004*
  - Received six months of training regarding policies and
    procedures for policing in the city of Omaha, Nebraska
  - Received training in weapon use, use of force strategies,
    driving and other aspects of policing
  - Taught city and state ordinances, statues and laws

Education/Training

  - AccessData Certified Examiner for Forensic Toolkit
  - AccessData/Mobile Forensic Inc. training for call detail
    records and GPS devices
  - AccessData training for Internet forensics, Windows
    forensics and Mac forensics,
  - National Computer Forensics Institute US Secret
    Service's Basic Investigation of Computers and
    Electronics Crime Program completion
  - National Institute of Justice training for Digital
    Evidence Collection
  - "Inside the Tape" Homicide Investigation and Crime
    Scene Management Training
  - Mobile Forensics Inc. training for cell phone processing
    training
  - US Department of Justice Federal Bureau of
    Investigation Interview and Interrogation training
  - Midwest Counterdrug Training Center Statement
    Analysis & Forensic Interviewing Techniques
  - Master of Education Student, Criminology and
    Criminal Justice, University of Memphis
  - Bachelor of Science, Justice Systems: Truman State
    University



Luke Skifich, B.S., B.A.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
Western Laboratory
San Francisco, CA

## AREA OF EXPERTISE

Forensic Discipline

Forensic Discipline(s): Controlled substance identification, clandestine laboratory investigation and analysis

- Current Position: Senior Forensic Chemist

Expert Testimony

- Qualified as a federal, state, and county expert witness in areas involving the identification of controlled substances. Also qualified as an expert in the analysis and production capacity of clandestine drug laboratories.
- Qualified as an expert a total of approximately 30 times in the following jurisdictions:
  U.S. District Courts: Washington, California, Oregon, Montana, Alaska
  State Courts: Ada County, Idaho; Weld County, Colorado

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*Senior Forensic Chemist, Western Laboratory, San Francisco, CA, 2010 - present*

- Conducting analysis of evidence suspected to contain controlled substances
- Primary monitor of Nuclear Magnetic Resonance Spectrometer
- Care and maintenance of laboratory Gas Chromatography - Mass Spectrometry (GC-MS) Instruments
- Performing method development and validation for quantitative and qualitative analysis
- Member of DEA Clandestine Laboratory Level "A" (High Hazard) Team
- Conducting annual clandestine laboratory re-certification of DEA agents and chemists
- Managing assignments of laboratory clandestine response team
- Maintaining clandestine laboratory response equipment and supplies
- Contributing member of laboratory quality assurance review committee
- Conducting technical review of laboratory reports for quality purposes

*Training*

*Forensic Chemist, Western Laboratory, San Francisco, CA, 2003 - 2010*

- Conducted analysis of evidence suspected to contain controlled substances
- Clandestine laboratory response
- Care and maintenance of laboratory Gas Chromatography - Mass Spectrometry (GC-MS), Gas Chromatography - Flame Ionization Detection (GC-FID), and High Performance Liquid Chromatography (HPLC) instruments

GOVERNMENT
EXHIBIT

1 of 3 (7/24/2014)

- Primary monitor of ion scan and trace field evidence collection instruments and equipment
- Contributing member of laboratory quality assurance review committee
- Maintained and authenticated the laboratory drug reference standard
- Managed the stockpile for the laboratory reverse undercover program
- Coordinated and conducted laboratory field training for DEA and other agencies

*Training*
- DEA Basic Chemist School, 2003
- DEA Forensic Chemist Training Program, 2003
- DEA Advanced Technical Training Seminar - Clandestine Laboratories, 2005
- DEA Basic NMR Course, 2005
- DEA Advanced NMR Course, 2007
- DEA LC-MS and DESI-MS Course, 2008
- GC-MSD Chemstation and Instrument Operation, Agilent Technologies, 2004
- NMR Concepts & Operating Techniques NMR Concepts, University of Rhode Island, 2005
- HPLC Routine Maintenance, Agilent Technologies, 2006
- Basic Mass Spectral Interpretation, rMS Workshops, 2006
- GC-MSD Troubleshooting and Maintenance, Agilent Technologies, 2007
- Practical Capillary Electrophoresis, CE Technologies, 2007
- National Improvised Explosives Familiarization, Federal Bureau of Investigation, 2010

## EDUCATION AND CERTIFICATIONS

University of California, Los Angeles
- Bachelor of Sciences, Chemistry, 2002
- Bachelor of Arts, American Literature, 2002

*Certification(s)*
- DEA Clandestine Laboratory Certification, 2003
- DEA Advanced Clandestine Laboratory Response and Site Safety Management, 2009
- DEA Level "A" (High Hazard) Clandestine Laboratory Certification, 2010

## PROFESSIONAL AFFILIATIONS

- Member: Clandestine Laboratory Investigating Chemists (CLIC), 2003 - present
- Member: National Methamphetamine and Pharmaceutical Initiative (NMPI), 2007 - present

## PRESENTATIONS AND LECTURES

- Instructor
  - o

Guest lecturer for California Highway Patrol drug recognition expert schools, Pittsburg Police Academy officer training program, and DEA state and local schools, on the topics of drug recognition and field testing, 2003 - present

o   Guest lecturer at Federal Bureau of Investigation improvised explosives course on the topics of clandestine drug manufacture and safety, 2011

o   Assistant instructor at California Department of Justice / California Methamphetamine and Pharmaceutical Initiative local clandestine laboratory certification and synthesis school, 2013

o   Instructor at DEA state and local clandestine laboratory schools held in Quantico, VA on the topics of clandestine laboratory field response and evidence collection, ongoing



# COLORADO BUREAU OF INVESTIGATION
# FORENSIC SERVICES



## Curriculum Vitae
## Natasha N. Collins
### Forensic Scientist
### Colorado Bureau of Investigation, Greeley Laboratory

**Discipline**
Chemistry – Controlled Substances

**Education**
2004
- Eastern Kentucky University, Bachelor of Science, Forensic Science- Chemistry

**Experience**
2009- Present:
- Colorado Bureau of Investigation, Criminal Investigator II/Laboratory Agent, Greeley, CO

2007 – 2009:
- Hamilton County Crime Laboratory, Drug Analyst, Cincinnati, OH

**Training**
2009
- Colorado Bureau of Investigation, Crime Scene Collection and Approach - Denver, CO
- Drug Enforcement Administration, Forensic Chemist Seminar - VA

2011
- Tom Adair, Snow Print Impressions – CO
- Ron Smith & Associates, Forensic Examination of Violent Crimes – CO
- Douglas County Coroner, Investigating Drowning Deaths – CO
- Midwestern Association of Forensic Scientists (MAFS), Annual Conference – IL
- Colorado State Patrol,  CSP/CBI In-service – CO
- West Virginia University(WVU)/ NIJ,  Crime Scene Investigation – CO

2012
- ASCLD/LAB, Uncertainty of Measurement (100) – CO
- ASCLD/LAB, Uncertainty of Measurement (200 – CHE) – CO
- Crime Scene Photography (University of Tennessee/ NIJ) – CO

2013
- Emerging Trends in Synthetic Drugs Workshop (webinar) (NIST) – CO
- Midwestern Association of Forensic Scientists (MAFS), Annual Conference - OH

**Court Experience**
- Testified in Controlled Substances since 2007 in Ohio and Colorado

**Professional Affiliations**
- American Academy of Forensic Sciences – Associate Member  (2010- present)



Updated 9/2013



# COLORADO BUREAU OF INVESTIGATION
# FORENSIC SERVICES



## Curriculum Vitae
### Stephanie Olofson MS
### Criminal Investigator I/Laboratory Agent
### Denver Laboratory

**Discipline**
Chemistry

**Education**
2009
- Oklahoma State University, MS, Forensic Science

2004
- Baylor University, BS, Forensic Science

**Experience**
2012- Present
- Criminal Investigator I/Laboratory Agent, Colorado Bureau of Investigation, Denver, CO

September 2012 – December 2012
- Criminalist, Houston Police Department Crime Laboratory Toxicology, Houston, TX

2010-2012
- Forensic Scientist, Sam Houston State University Regional Crime Laboratory, The Woodlands, TX

**Training**
2013
- Clandestine Laboratory Investigating Chemists Association (CLIC) – 23rd Annual Technical Training Seminar, Boston, MA
- Introduction to Pharmacology, CLIC, Boston, MA
- Emerging Trends in Synthetic Drugs Webcast, NIST/DEA, Online
- Expert Witness Testimony Techniques for Laboratory Analysts, Ron Smith & Assoc., CBI, Denver, CO

2011
- Measurement Confidence for the Forensic Lab – Uncertainty Concepts, ASCLD-LAB, webinar
- Measurement Confidence for the Forensic Lab – Measurement Assurance, ASCLD-LAB, webinar
- Measurement Confidence for the Forensic Lab – Traceability, ASCLD-LAB, webinar
- Forensic Database Instruction, RTI, Online
- Ethics 2: Answering the NAS, RTI, Online
- Forensic Mass Spectrometry, WVU, Online

2010
- Uncertainty, SWAFS, Grapevine, TX
- Drug Analysis Secrets You Wished You Learned in Kindergarten, SWAFS, Grapevine, TX
- Drug Drugs, Analogs, and Controlled Substance Analogs, SWAFS, Grapevine, TX
- Current JWH Compounds, SWAFS, Grapevine, TX
- Blood Alcohol Trends, SWAFS, Grapevine, TX
- Drug Analysis, WVU-FSI, Boston, MA
- Mass Spec I for Drugs and Trace, WVU-FSI, Boston, MA
- Transition to Leadership, WVU-FSI, Boston, MA
- Testimony, WVU-FSI, Boston, MA
- DEA Forensic Chemist Seminar and Training, DEA, Dulles, VA
- Ethics 1: To Hell and Back, RTI, Online
- Introduction to Forensic Drug Chemistry, WVU, Online
- Best Practices for Volumetric Measurement, RTI, Online
- Introduction to Uncertainty in Forensic Chemistry , RTI, Online
- SOP Writing for ISO 17025 Accreditation, RTI, Online
- Expert Testimony for the Prosecutor and Scientist I , RTI, Online
- Expert Testimony for the Prosecutor and Scientist II, RTI, Online
- Fundamentals of LC/MS/MS, RTI, Online
- Uncertainty in Forensic Chemistry and Toxicology II, RTI, Online
- Z Drugs, RTI, Online
- Opioids, RTI, Online
- CNS Depressants, Sarah Kerrigan, Huntsville, TX
- Opioids, Sarah Kerrigan, Huntsville, TX
- Sympathomimetic Amines, Sarah Kerrigan, Huntsville, TX
- Cannabinoids, Sarah Kerrigan, Huntsville, TX
- Derivatization by GC, Sarah Kerrigan, Huntsville, TX
- Immunoassay, Sarah Kerrigan, Huntsville, TX
- Cocaine Overview, Sarah Kerrigan, Huntsville, TX
- Pharmacology, Sarah Kerrigan, Huntsville, TX
- Drug Extraction, Sarah Kerrigan, Huntsville, TX
- Drug Classification, Sarah Kerrigan, Huntsville, TX
- Good Measurement Practices in the Proper Use of Calibration of Balances and Pipettes, AAFS, Seattle, WA

2009
- Pharmacology and Pharmacokinetics for the Forensic Toxicologist, AAFS, Denver, CO

## Court Experience
- Testified in drug chemistry for 3 years
- Testified in blood alcohol for 3 years

## Teaching Experience
- Sam Houston State University College of Criminal Justice
  Adjunct Faculty 2011- 2012

## Professional Affiliations
- American Academy of Forensic Sciences, (2011- Present)
- Southwestern Association of Forensic Scientists, (2011- Present)
- Clandestine Laboratory Investigating Chemists, (2011- Present)



# COLORADO BUREAU OF INVESTIGATION
# FORENSIC SERVICES



**Curriculum Vitae**
**Melissa P. Atencio**
**Forensic Scientist**
**Denver Laboratory**

**Discipline**
Chemistry

**Education**
May 2002
- University of Southern Colorado (now Colorado State University – Pueblo), Bachelor of Science, Chemistry

**Experience**
September 2009 - Present
- Criminal Investigator II/Forensic Scientist, Colorado Bureau of Investigation, Denver, CO
July 2009- September 2009
- Criminal Investigator I/Forensic Scientist, Colorado Bureau of Investigation, Denver, CO
January 2008- July 2009
- Criminal Investigator I/Forensic Scientist, Colorado Bureau of Investigation, Pueblo, CO
October 2004- January 2008
- Materials Handler III, Colorado Bureau of Investigation, Pueblo, CO
November 2003- October 2004
- DNA Grant Temp, Colorado Bureau of Investigation, Pueblo, CO
September 2002 – December 2002
- Chemistry Laboratory Teacher Assistant, Colorado State University - Pueblo, Pueblo, CO
January 2002 – November 2002
- Student Intern Serology/DNA/Chemistry, Colorado Bureau of Investigation, Pueblo, CO

**Training** [reverse chronological]
2013
- Clandestine Laboratory Investigating Chemists Technical Training Seminar, multiple presenters, Boston, MA
- Methamphetamine Manufacturing and Analysis Training, CBI, Grand Junction, CO
- Expert Witness Testimony, Ron Smith and Associates, Denver, CO
- Emerging Trends in Synthetic Drugs Webcast, DEA/NIST, Online
2012
- Forensic Digital Photography, University of Tennessee, Denver, CO
- Colorado State Patrol Accident Reconstruction Team and CBI Crime Scene Response Conference, Colorado State Patrol, Keystone, CO
- Midwestern Association of Forensic Scientists Annual Meeting, multiple presenters, Milwaukee, WI



- ASCLD/LAB-International Preparation Course, Loveland, CO
- Understanding Your Personal Style and Strengths, Professional Development Center, Denver, CO
- 3D Crime Scene Scanner Training, FARO/CBI, Grand Junction, CO

2011
- Colorado State Patrol Accident Reconstruction Team and CBI Crime Scene Response Conference, Colorado State Patrol, Keystone, CO
- Midwestern Association of Forensic Scientists Annual Meeting, multiple presenters, Lombard, IL
- Investigating Drowning Deaths Training Course, Lifeguard Systems Inc, Castle Rock, CO
- Crime Scene Investigation Continuing Ed Program, West Virginia University Extended Learning, Online
- Forensic Examinations of Violent Crime Scenes, Ron Smith and Associates, Lakewood, CO
- Snow Print Impression Course, Dillon Police Department, Dillon, CO
- Crime Scene Documentation and Diagrams - Given, Colorado State Patrol, Golden, CO

2010
- Colorado State Patrol Accident Reconstruction Team and CBI Crime Scene Response Conference, Colorado State Patrol, Keystone, CO
- Photogrammetry, Colorado State Patrol, Golden, CO
- Advanced Bloodstain Pattern Analysis Training, Tom Bevel, Lakewood, CO
- Crime Scene Evidence Collection Class - Given, CBI, Denver, CO
- Crime Zone Training, Colorado State Patrol, Golden, CO
- Essentials of Crime Scene Investigation Training Program, NFSTC/NIJ, Largo, FL

2009
- DEA Forensic Chemist Seminar, DEA, Sterling, VA
- Crime Scene - Latent Print Training, CBI, Denver, CO
- Agilent Technologies GC Tips and Tricks Seminar, Agilent, Golden, CO
- Colorado Bureau of Investigation Chemistry Training Plan, CBI, Pueblo, CO
- Crime Scene Reconstruction Training, Tom Bevel, Grand Junction, CO

2008
- Bloodstain Pattern Analysis Training, Tom Bevel, Grand Junction, CO
- Crime Scene Evidence Collection Class - Given, CBI, Rio Grande County, CO

2005
- IBIS User Training, Forensic Technology Inc., Largo, FL
- First Aid/CPR, Agent Gerry Palomino, CBI, Pueblo, CO

2002
- Crime Scene School Training, CBI, Pueblo, CO

- Forensic Identification of *Cannabis sativa L.*, Agent Ken VanCleave, CBI, Pueblo, CO

**Court Experience**
- Testified In Evidence Handling
- Testified In Analysis of Controlled Substances
- Testified in Crime Scene Investigation

**Professional Affiliations**
- Clandestine Laboratory Investigating Chemists (October 2013 – present)
- International Association for Identification (2012 – present)
- Colorado Association of Property and Evidence Technicians (2005-2008)