# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

Courtroom Deputy: Cathy Pearson          Date: December 12, 2014
Court Reporter: Janet Coppock

---

## CASE NO. 14-cr-00169-PAB

<u>Parties</u>                                          <u>Counsel</u>

**UNITED STATES OF AMERICA,**                Jaime Peña

                Plaintiff,

vs.

**4. DONALD CREAGER, III,**                  Laura Menninger
**5. ORLANDO MARTINEZ,**                     Marci Gilligan
**6. KENNETH CHASTAIN,**                     Siddhartha Rathod
**8. PETER KARFIAS, and**                    Anthony Viorst
**9. STEPHANIE CHRISTENSEN,**                Alaurice Tafoya-Modi

                Defendants.

---

## HEARING ON MOTIONS

---

**10:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants Creager and Martinez are present on bond.  Presence waived for Defendants Chastain, Karfias, and Christensen.

Argument given and discussion held regarding Defendants Donald Creager III, Orlando Martinez, Kenneth Chastain, Peter Karfias, and Stephanie Christensen's Joint Motion for Expert Discovery and Extension of Time to Challenge the Government's Experts and

Disclose Rebuttal Expert Witnesses (Doc. 256, filed 10/30/14).

**ORDERED:** Defendants Donald Creager III, Orlando Martinez, Kenneth Chastain, Peter Karfias, and Stephanie Christensen's Joint Motion for Expert Discovery and Extension of Time to Challenge the Government's Experts and Disclose Rebuttal Expert Witnesses (Doc. 256, filed 10/30/14) is GRANTED as stated on the record. The Government shall supplement its expert witness disclosures on or before **February 2, 2015.** Any Rule 702 motions, or any other types of challenges to expert witnesses, shall be filed on or before **March 16, 2015.** The Government's response to Rule 702 motions and objections to Defendants' expert witnesses are due on or before **March 30, 2015.**

Argument given and discussion held regarding Defendant Orlando Martinez's Motion to Disclose and Produce Confidential Informants/Confidential Sources (doc. 315, filed 11/18/14) and Defendant Creager's Motion to Disclose and Produce Confidential Informants/Confidential Sources (Doc. 337, filed 12/3/14). Ms. Gilligan states that the parties have agreed to what will be provided but have not agreed on a deadline.

**ORDERED:** Defendant Orlando Martinez's Motion to Disclose and Produce Confidential Informants/Confidential Sources (doc. 315, filed 11/18/14) and Defendant Creager's Motion to Disclose and Produce Confidential Informants/Confidential Sources (Doc. 337, filed 12/3/14) are DENIED as moot based on previous discussions. The Government shall provide the information requested to Defendants Martinez and Creager **by noon (12:00 p.m.)** on **January 6, 2015.**

Discussion held regarding setting a hearing on the various motions to suppress.

**ORDERED:** A hearing on the motions to suppress is set for **January 9, 2015, at 9:00 a.m.** The Government's witness list is due on or before **December 19, 2014.** Defendants Martinez and Creager's witness lists are due on or before **January 6, 2015.**

Discussion held regarding discovery produced in the defendants' state court case and Defendant Orlando Martinez's Motion for *Brady* Material (Doc. 288, filed 11/17/14) and Defendant Karfias' Motion for *Brady* (Exculpatory) Material (Doc. 310, filed 11/17/14).

**ORDERED:** Based on previous discussions on the record, Defendant Orlando Martinez's Motion for *Brady* Material (Doc. 288, filed 11/17/14) and Defendant Karfias' Motion for *Brady* (Exculpatory) Material (Doc. 310, filed 11/17/14) are DENIED as moot.

Argument given and discussion held regarding Defendant Karfias' Motion for Disclosure Pursuant to Federal Rule of Evidence 404(b) and 609 (Doc. 304, filed 11/17/14).

**ORDERED:** Defendant Karfias' Motion for Disclosure Pursuant to Federal Rule of Evidence 404(b) and 609 (Doc. 304, filed 11/17/14) is DENIED as stated on the record.

Argument given and discussion held regarding Defendant Karfias' Motion for Early Discovery of Jencks Material and Witness Statements (Doc. 305, filed 11/17/14).

**ORDERED:** Defendant Karfias' Motion for Early Discovery of Jencks Material and Witness Statements (Doc. 305, filed 11/17/14) is DENIED as stated on the record.

Mr. Viorst moves to withdraw Defendant Karfias' following motions: Motion for Preservation of Tapes and Notes (Doc. 306, filed 11/17/14), Motion to Produce *Bruton* Materials and Co-Defendant Proffers (Doc. 307, filed 11/17/14), and Request for Notice of Government's Intent to Use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) (Doc. 309, filed 11/17/14).

**ORDERED:** Defendant Karfias' Motion for Preservation of Tapes and Notes (Doc. 306, filed 11/17/14), Defendant Karfias' Motion to Produce *Bruton* Materials and Co-Defendant Proffers (Doc. 307, filed 11/17/14), and Defendant Karfias' Request for Notice of Government's Intent to Use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) (Doc. 309, filed 11/17/14) are deemed WITHDRAWN.

Argument given and discussion held regarding Defendant Karfias' Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 308, filed 11/17/14).

**ORDERED:** Defendant Karfias' Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 308, filed 11/17/14) is DENIED as moot.

Argument given and discussion held regarding Defendant Creager's Motion for Discovery Related to Search of Warehouse (Doc. 335, filed 12/3/14).

**ORDERED:** Defendant Creager's Motion for Discovery Related to Search of Warehouse (Doc. 335, filed 12/3/14) is GRANTED in part a stated on the record.

Discussion held regarding John Bowen's Motion for Specific Discovery and to Preserve Any Claims that May Arise from the Production of the Requested Discovery (Restricted Doc. No. 333, filed 12/3/14) and Defendant Creager's Motion for Specific Discovery Related to Grand Jury Proceedings (Doc. 336, filed 12/3/14). Ms. Menninger requests that the motion as it relates to Defendant Creager be withdrawn.

**ORDERED:** Defendant Creager's Motion for Specific Discovery Related to Grand Jury Proceedings (Doc. 336, filed 12/3/14) is deemed WITHDRAWN.

Discussion held regarding the Court's procedures as to James hearings and setting a hearing on Defendant Creager's Motion to Dismiss Count One of the Indictment as Violative of the *Ex Post Facto*, Due Process and Separation of Powers Clauses of the U.S. Constitution (Doc. 293, filed 11/17/14), Defendant Creager's Motion to Dismiss Count Two of the Indictment (Doc. 297, filed 11/17/14), Defendant Martinez's Motions to Dismiss Count 1 of the Indictment (Doc. Nos. 290, 291, and 314).

**ORDERED:** A hearing on Defendant Creager's Motion to Dismiss Count One of the Indictment as Violative of the *Ex Post Facto*, Due Process and Separation of Powers Clauses of the U.S. Constitution (Doc. 293, filed 11/17/14), Defendant Creager's Motion to Dismiss Count Two of the Indictment (Doc. 297, filed 11/17/14), and Defendant Martinez's Motions to Dismiss Count 1 of the Indictment (Doc. Nos. 290, 291, and 314) are set for hearing on **January 13, 2015, at 9:00 a.m.**

Discussion held regarding setting a deadline for Defendants' reciprocal discovery.

**ORDERED:** Defendants' reciprocal discovery is due 60 days in advance of trial.

**11:41 a.m.   COURT IN RECESS**

**Total in court time:       1 hour, 35 minutes**

**Hearing concluded**