IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

                         JUDGE PHILIP A. BRIMMER

                           COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 13, 2015 |
| Court Reporter: Janet Coppock | Time: 3 hours and 28 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| | Special Agent Michael Marshall |
| Plaintiff, | |
| vs. | |
| **4. DONALD CREAGER III, and** | Laura Menninger, Norman Mueller |
| **5. ORLANDO MARTINEZ,** | Marci Gilligan, Kevin McGreevy |
| Defendants. | |

                             MOTIONS HEARING

**9:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendants Donald Creager III and Orlando Martinez are present and on bond. Alaurice Tafoya-Modi, counsel for defendant Stephanie Christensen and Siddhartha Rathod, counsel for defendant Kenneth Chastain are also present.

**Defendant Donald Creager III's Motion to Dismiss Count One as *Violative of the Ex Post Facto, Due Process and Separation of Powers Clauses of the U.S. Constitution* [Docket No. 293]**

**Defendant Orlando Martinez's Motion to Dismiss Count One as *Violative of the Ex Post Facto, Due Process and Separation of Powers Clauses of the U.S. Constitution* [Docket No. 314]**

**Defendant Orlando Martinez's Motion to Dismiss Count One for Failure to State an Offense [Docket No. 290]**

**Defendant Orlando Martinez's Motion to Dismiss Count One as Duplicitous [Docket No. 291]**

**9:08 a.m.**   Argument by Ms. Menninger.  Questions by the Court.

**9:31 a.m.**   Argument by Ms. Gilligan.

**9:32 a.m.**   Argument by Mr. Pena.  Questions by the Court.

**9:42 a.m.**   Rebuttal argument by Ms. Menninger.

**9:46 a.m.**   Rebuttal argument by Ms. Gilligan.

**Defendant Donald Creager III's Motion to Dismiss Count Two of the Indictment [Docket No. 297]**

**9:46 a.m.**   Argument by Mr. Mueller.  Questions by the Court.

**9:51 a.m.**   Argument by Mr. Pena.

**9:52 a.m.**   Rebuttal argument by Mr. Mueller.

**9:55 a.m.**   **COURT IN RECESS**

**10:15 a.m.**  **COURT IN SESSION**

Defendant Donald Creager III and his counsel are not present.

**Defendant Orlando Martinez's Motion for *Kastigar* Hearing and to Dismiss Indictment or Suppress Evidence Obtained in Violation of His Fifth Amendment Rights [Docket No. 286]**

**10:16 a.m.**  Opening remarks by Mr. Pena.

**10:19 a.m.**  Opening remarks by Ms. Gilligan.

**10:24 a.m.** Direct examination of Government's witness Craig Morgan by Mr. Pena.

Government's **exhibit 3 and 3**-A identified, offered and ADMITTED, after voir dire by Ms. Gilligan.

**10:42 a.m.** Cross examination by Ms. Gilligan.

**11:01 a.m.** Redirect examination by Mr. Pena.

Witness is excused.

**11:02 a.m.** Direct examination of Government's witness Special Agent Michael Marshall by Mr. Pena.

Government's **exhibits 1, 1-A, 2, 4, 4-A, 5, 5-A, 6, 6-A, 8, 8-A, 9, 9-A, 9-B, 10 and 10-A** identified, offered and ADMITTED.

**11:31 a.m.** Cross examination by Ms. Gilligan.

Defendant Orlando Martinez's **exhibit M** identified, offered and ADMITTED.

Government's **exhibit 7** identified, offered and ADMITTED.

**12:07 p.m.** **COURT IN RECESS**

**1:38 p.m.** **COURT IN SESSION**

Defendant Orlando Martinez is not present.

**1:40 p.m.** Cross examination by Ms. Gilligan continues.

**1:59 p.m.** Redirect examination by Mr. Pena.

**2:10 p.m.** Recross examination by Ms. Gilligan.

Witness is excused.

Defendant Orlando Martinez's **exhibits N and O** identified, offered and ADMITTED.

Government's **exhibit 11** identified, offered and ADMITTED.

**ORDERED:** Parties may simultaneously file briefs supplementing their arguments on the Kastigar issue by January 26, 2015.  Any responses are due **January 29, 2015.**

**ORDERED:** Defendants' bonds are continued.

**2:25 p.m.** **COURT IN RECESS**

**Total in court time:** 208 minutes        **Hearing continued**