# INDEX

| Exhibit | Description |
|---|---|
| 1 | Photo of 10X (Bates 9715-9716) |
| 1A | Lab Report for 10X (Bates 16,661-16,663; 22,744-22,750; 22,706-22,709; 22,711-22,712; 19,603-19,609; 22,704; 22,699-22,700; 22,705, 16,929; 11,741-11,742; 11,805-11,806) |
| 1B | Memorandum of Interview related to an individual who used 10X - Ruben Hernandez (Bates 9,722-9723) |
| 1C | Medical Record related to an individual who used 10X - Ruben Hernandez (Bates 9,539-9,714) |
| 1D | Police Report related to an individual who used 10X - Henock Teferi (Bates 11,799-11,812) |
| 1E | Medical Record related to an individual who used 10X - Henock Teferi (Bates 11,743-11,798) |
| 1F | Police Report related to an individual who used 10X - Preston Nunn Jr (Bates 11,585-11,598) |
| 1G | Medical Record related to an individual who used 10X - Preston Nunn Jr (Bates 11,568-11,584) |
| 1H | Medical Record related to an individual who used 10X - Shawn Ortega (11,599-11,622) |
| 1I | Medical Record related to an individual who used 10X - Joshua Mason (Bates 11,542-11,567) |
| 1J | Medical Record related to an individual who used 10X - Bruce Knight (Bates 11,264-11,484) |
| 1K | Police Report related to an individual who used 10X - Devon Gonzales (Bates 16,867-16,880) |
| See 3D | Memorandum of Interview related to an individual who used 10X - Michael Castillo |
| See 3E | Medical Record related to an individual who used 10X - Michael Castillo |
| 2 | Photo of 20X Super Premium New Formula (Bates 23,037-23,038) |
| 2A | Lab Report for 20X Super Premium New Formula (Bates 16,661-16,662; 22,713) |
| 3 | Photo of XXX (Bates 17,001; 17,200; 17,199) |
| 3A | Lab Report for XXX (Bates 22,713-22,714; 26,705; 16,857; 22,690; 16,971) |
| 3B | Memorandum of Interview related to an individual who used XXX - Cole Schiele (Bates 9,969-9,972) |
| 3C | Medical Record related to an individual who used XXX - Cole Schiele (Bates 9,940-9,962) |
| 3D | Memorandum of Interview related to an individual who used XXX - Michael Castillo (Bates 9,496-9,497) |
| 3E | Medical Record related to an individual who used XXX - Michael Castillo (Bates 9,471-9,495) |
| 3F | Memorandum of Interview related to an individual who used XXX - Joshua Pitch (Bates 9,888-9,889) |
| 3G | Police Report related to an individual who used XXX - Joshua Pitch (Bates 9,881-9,883) |
| 3H | Medical Record related to an individual who used XXX - Joshua Pitch (Bates 9,893-9,939) |
| 3I | Memorandum of Interview related to an individaul who used XXX - Mario Arellano (Bates 17,195-17,198) |
| 3J | Police Report related to an individual who used XXX - Mario Arellano (Bates 16,967-16,979) |
| 3K | Medical Record related to an individual who used XXX - Mario Arellano (Bates 17,004-17,183) |
| See 1J | Medical Record related to an individual who used XXX - Bruce Knight |
| 4 | Photo of XXX New Formula (Bates 17,201-17,202) |
| 5 | Photo of XXX Extreme (Bates 9,884-9,885) |
| 5A | Lab Report for XXX Extreme (Bates 19,603-19,609) |
| 5B | Memorandum of Interview related to an individual who used XXX Extreme - Candon Brake (Bates 17,207-17,209) |
| 5C | DEA Report of Drug Property Collected, Purchased, or Seized related to an individual who used XXX Extreme - Candon Brake (Bates 334) |
| 5D | Report of Investigation related to an individual who used XXX Extreme - Candon Brake (Bates 10,557-10,599) |

GOVERNMENT EXHIBIT 38

| | |
|---|---|
| 5E | Medical Record related to an individual who used XXX Extreme - Candon Brake (Bates 10,517-10,556) |
| 6 | Photo of Requiem (Bates 22,982; 23,259) |
| 6A | Lab Report for Requiem (Bates 22,741-22,743; 22,708-22,710; 22,706; 19,603-19,609; 22,701-22,702; 22,715; 26,705; 16,859-16,861; 22,716-22,717; 23,177) |
| 7 | Photo of Crazy Clown (Bates 9,440) |
| 7A | Lab Report for Crazy Clown (Bates 16,748; 22,741-22,743; 22,691; 10,175; 9,001) |
| 7B | Memorandum of Interview related to an individual who used Crazy Clown - Cord Pfeiler (Bates 9,836-9,837) |
| 7C | Medical Record related to an individual who used Crazy Clown - Cord Pfeiler (Bates 9,838-9,880) |
| 7D | Memorandum of Interview related to an individual who used Crazy Clown - Logan Turner (Bates 10,183-10,184) |
| 7E | Police Report related to an individual who used Crazy Clown - Logan Turner (Bates 10,169-10,182) |
| 7F | Medical Record related to an individual who used Crazy Clown - Logan Turner (Bates 10,190-10,221) |
| 7G | Memorandum of Interview related to an individual who used Crazy Clown - Roger Teel (Bates 10,166-10,168) |
| 7H | Police Report related to an individual who used Crazy Clown - Roger Teel (Bates 10,169-10,182) |
| 7I | Medical Record related to an individual who used Crazy Clown - Roger Teel (Bates 9,981-10,149) |
| 7J | Police Report related to an individaul who used Crazy Clown - Benjamin Duren (Bates 23,452-23,456) |
| 7K | Memorandum of Interview related to an individual who used Crazy Clown - Nathan Barber (Bates 9,438-9,439) |
| See 3I | Memorandum of Interview related to an individaul who used Crazy Clown - Mario Arellano |
| See 3J | Police Report related to an individual who used Crazy Clown - Mario Arellano |
| See 3K | Medical Record related to an individual who used Crazy Clown - Mario Arellano |
| 8 | Photo of Crazy Clown Pineapple Extreme 10X (Bates 9,967-9,968) |
| See 5B | Memorandum of Interview related to an individual who used Crazy Clown Pineapple Extreme 10X - Candon Brake |
| See 5C | DEA Report of Drug Property Collected, Purchased, or Seized related to an individual who used Crazy Clown Pineapple Extreme 10X - Candon Brake |
| See 5D | Report of Investigation related to an individual who used Crazy Clown Pineapple Extreme 10X - Candon Brake |
| See 5E | Medical Record related to an individual who used Crazy Clown Pineapple Extreme 10X - Candon Brake |
| 9 | Photo of Sunburst (Bates 23,611; 8,010) |
| 9A | Lab Reports for Sunburst (Bates 22,718-22,720; 22,726-22,732; 22,735-22,736; 22,739-22,740; 8,013-8,014; 16,660) |
| 10 | Sworn Statement of Altaf Hussain Dandia |
| 11 | Sworn Statement of Danier Bernier |
| 12 | Sworn Statement of James Johnson (Bates 28,348-28,431) |
| 13 | Sworn Statement of John Bowen |
| 14 | Affidavit for Search Warrant - Creager Mercantile (Bates 8,487-8,576) |