

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Compliance

# MEMORANDUM

**Date:**   February 2, 2015

Charles E. Lee -S
Digitally signed by Charles E. Lee -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, cn=Charles E. Lee -S, 0.9.2342.19200300.100.1.1=1300144484
Date: 2015.02.02 12:55:39 -05'00'

**From:**   Charles E. Lee, M.D.
Senior Medical Advisor, Office of Unapproved Drugs and Labeling Compliance

**Subject:**   Summary of the Food and Drug Administration Drug Approval Process

This document summarizes the process by which the Food and Drug Administration (FDA) approves a drug when a sponsor develops a new drug compound and seeks to have it approved for sale in the United States.[1,2]

I am familiar with the FDA approval process because I have been employed by the FDA since 1999 and have served as both a primary reviewer and medical team leader in the Office of New Drugs, Center for Drug Evaluation and Research (CDER). As a primary reviewer and medical team leader I reviewed Investigational New Drug applications (INDs) and New Drug Applications (NDAs). I currently serve as Senior Medical Advisor in the Office of Unapproved Drugs and Labeling Compliance in the Office of Compliance, CDER, FDA.

First, the sponsor must test the new drug on animals for toxicity. Multiple animal species are used to gather basic information on the safety and efficacy of the compound being investigated. The animal tests are necessary to determine the toxic effects of the drug, the organs affected by toxicity, and the level of exposure that causes toxic effects on those organs. The information is used to determine if it is safe to expose humans to the drug and if so, a dose that would be safe to administer in human studies.

The sponsor then submits an IND to FDA based on the results from initial animal testing and information on the drug's composition and manufacturing and develops a plan for testing the drug on humans.

FDA reviews the IND to assure that the proposed studies, generally referred to as clinical trials, do not place human subjects at unreasonable risk of harm. FDA also verifies that there is adequate informed consent and human subject protection in the clinical trials. FDA has 30 days after submission of an IND to determine if it is safe for the clinical trials to proceed.

There are three phases of clinical trials performed under the IND before the sponsor can submit an NDA for FDA review and approval. Phase 1 clinical trials emphasize the safety and tolerability of the drug. The drug is administered to small numbers of healthy volunteers. The typical number of healthy volunteers used in phase clinical trials is 20 to 80. The goal in phase 1

---

[1] 21 U.S.C. § 355
[2] 21 C.F.R. § 312, § 314



GOVERNMENT EXHIBIT 39

is to determine the frequent side effects of the drug and how the drug is metabolized and excreted.

Phase 2 clinical studies focus on the effectiveness of the drug. The goal of phase 2 clinical trials is to obtain preliminary data on whether the drug works in people who have a certain disease or condition. The typical number of healthy volunteers used in phase 2 is in the hundreds. Generally, the clinical trials are controlled, meaning that patients receiving the drug are compared with similar patients receiving a different treatment, usually a placebo, or a different drug of known effectiveness. Safety continues to be evaluated and short-term side effects are studied. Trials investigating the effectiveness of different doses of the drug are also performed. When phase 2 studies have been completed, FDA and the sponsors discuss how large scale studies in phase 3 will be done. The meeting is called the End-of-Phase 2 meeting.

Phase 3 trials gather more information about safety and effectiveness, study different populations and different dosages, and use the drug in combination with other drugs. The typical number of healthy volunteers used in phase 3 trials is in the thousands. The trials are designed to prove that the drug is effective and safe at the proposed doses for the proposed diseases or conditions.

When phase 3 studies have been completed, FDA meets with the drug sponsor prior to submission of the NDA to agree on how the application should be organized and written. This meeting is called a Pre-NDA meeting.

After the Pre-NDA meeting, the sponsor submits the data they have developed along with proposed labeling in an NDA. This is how a drug sponsor formally asks FDA to approve a drug for marketing in the United States. An NDA includes all animal and human data on the drug, analysis of the data, information about how the drug behaves in the body, and information on how it is manufactured.

After receiving the NDA, FDA has 60 days to decide whether to file it so it can be reviewed. If FDA files the NDA, the FDA review team is assigned to evaluate the sponsor's research on the drug's safety and effectiveness. The NDA is reviewed by a multidisciplinary team of scientists that includes physicians, statisticians, toxicologists, clinical pharmacologists, and chemists. FDA reviews the drug's professional labeling and assures appropriate information is communicated to health care professionals and consumers. In addition, FDA inspects the facilities where the drug will be manufactured to ensure that the drug is manufactured under conditions that will result in consistent drug quality. FDA generally must complete the review within 9 months after receiving the NDA.

At the end of the review cycle, FDA reviewers will approve the application or issue a response letter if it is not approved. The response letter includes information that will be needed for FDA to re-evaluate the application if it is to be resubmitted.

Because it is not possible to predict all of a drug's effects during clinical trials, monitoring safety issues after drugs get on the market is critical. As a result, many times a drug is studied after it is approved. Studies performed after approval are called phase 4 studies. In addition, after the drug

is marketed the FDA monitors and evaluates report of adverse events to detect serious unexpected safety problems and take definitive action when needed.

After approval, the sponsor is required to submit periodic safety updates to FDA that include information about any new safety concerns that have been identified through adverse event reports or reports in the medical literature. FDA's MedWatch voluntary reporting system makes it easier for physicians and consumers to report adverse events. Usually, when important new risks are uncovered, the risks are added to the drug's labeling and the public is informed of the new information through letters, public health advisories, and other education. In some cases, the use of the drug must be substantially limited, or rarely, the drug is withdrawn from the market.