

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Activity

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000265002 | **Location:** | James Johnson's Residence |
| **Investigation Name:** | Operation Mr. Nice Guy | | 1200 Clarks Circle |
| **Date:** | May 7, 2014 | | Castle Rock, CO 80109 |
| **Participant(s):** | Daniel Burke, Special Agent (FDA-OCI) | | |
| | Peter Dickerman, Special Agent (IRS-CI) | | |

On May 7, 2014 IRS-CI SA-CIS Peter Dickerman and FDA-OCI SA Daniel Burke participated in the execution of a search warrant at James Johnson's Residence. During the execution of the search warrant, Johnson's cellular phone was identified and placed into "Airplane Mode" for the purpose of isolating the phone from cellular networks. The phone was later seized pursuant to the search warrant and taken into custody by SA Burke.

On May 8, 2014, SA Burke transferred the cellular phone to SA Dickerman.

On May 8, 2014, a physical extraction of Johnson's Samsung (SCH-i535) Galaxy S III (ICCID: 89148000000419671012) was taken using a Cellebrite UFED – Unit Version 3.0.5.0.

I prepared this memorandum on January 29, 2015, after refreshing my memory from notes made during and immediately after the activity with Johnson's cellular phone.

*Peter J. Dickerman* E
Peter J. Dickerman
Special Agent



GOVERNMENT EXHIBIT 42