**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy:  Emily Buchanan | Date: May 13, 2015 |
| Court Reporter:      Janet Coppock | |

**CRIMINAL CASE NO.  14-cr-00169-PAB-4**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Pena |
|           Plaintiff, | |
| v. | |
| 4. DONALD CREAGER, III, | Norman Mueller |
|           Defendant. | |

---

**CHANGE OF PLEA**

---

**10:03 a.m.    Court in Session.**

Appearances of counsel.   Defendant is present on bond.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

**ORDERED:** Court Exhibits One and Two are **ADMITTED**.

Defendant sworn;  Defendant is 52 years old.

Court advises Defendant regarding his waiver of certain appellate rights.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads **GUILTY** to Count 1 of the Indictment.

The Court finds that the defendant has voluntarily, knowingly, and intelligently entered a plea of guilty.  The Court finds that the defendant's plea is not the result of mistake, misunderstanding, fear, coercion, or undue influence.

The Court finds the defendant's plea is not a result of any promises or representation made to him by anyone including his own attorney except as to those matters disclosed in open court and included in the parties' plea agreement.

The Court finds the defendant understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment, the maximum fine, special assessment fee, and terms of supervised release that the Court may impose under the terms of his plea agreement.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he has no objection, criticism, or complaint.

**ORDERED:**  Defendant's plea of **GUILTY** to Count 1 of the Indictment is **ACCEPTED**.

**ORDERED:**  The Court defers approval of the plea agreement pending preparation of the presentence report.

**ORDERED:**  Any pending pretrial motions are deemed **MOOT**.

**ORDERED:**  Sentencing is set for **August 21, 2015 at 10:00 a.m.**

Defendant advised to cooperate with the probation officer in preparation of the presentence report.

**ORDERED:**  Defendant's bond is continued.

**10:27 a.m.    Court in Recess.**

**Total in court time:   24 minutes**

**Hearing concluded**