IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. DONALD CREAGER III,

    Defendant.

---

### ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Count 2 of the Indictment at Sentencing as to Donald Creager, III [Docket No. 676]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Count 2 of the Indictment at Sentencing as to Donald Creager, III [Docket No. 676] is granted. Count Two of the Indictment is dismissed as to defendant Donald Creager III.

DATED August 21, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge